UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Aaron Ben Northrop, | : |
| Plaintiff, | : Civil No. 3:01-CV-364(AVC) |
| V. | : |
| Karl Vaillancourt, | : October 24, 2003 |
| Defendant, | : |

### PLAINTIFF'S APPLICATION FOR REPRESENTATION OF COUNSEL

Pro se plaintiff, Aaron Northrop, respectfully requests that the court secure representation by counsel under 28 U.S.C. § 1915(d). In support of this motion, plaintiff represents the following:

1. The plaintiff is indigent and was granted in forma pauperis status by the court;

2. The plaintiff, because of his incarceration, is placed at a disadvantage, as the law library here at U.S.P. Lompoc does not contain Connecticut State law books, and the plaintiff cannot raise the funds to pay for representation.

3. Also, the plaintiff believes that representation by counsel would serve the interest of justice because with proper representation there is a high likelihood that the plaintiff will prevail on his claim.

1

## RELIEF

Wherefore the plaintiff respectfully requests that the court secure representation by counsel for the plaintiff.

                                    Respectfully submitted,

                                    */s/ Aaron Northrop*
                                    Aaron Northrop
                                    Reg. No: 61713-080
                                    Lompoc U.S. Penitentiary
                                    3901 Klien Boulevard
                                    Lompoc, CA 93436

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this application for representation by counsel was mailed, postage prepaid, to the defendant Karl Vaillancourt, at 29 State Street, North Haven, Connecticut 06473, on this 24th day of October, 2003.

*[signature]*
Aaron Northrop
Reg. No: 61713-080
Lompoc U.S. Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436