Karl Vaillancourt
Defendant, Pro Se
29 State Street
North Haven, CT 06473

FILED

2003 NOV -7 P 2: 04

US DISTRICT COURT
HARTFORD CT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Aaron Ben Northrop, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 3:01-CV-364 (AVC) |
| | ) | |
| | ) | |
| Karl Vaillancourt, | ) | November 6, 2003 |
| Defendant. | ) | |

**DEFENDANT'S RESPONSE AND OBJECTION TO PLAINTIFF'S
APPLICATION FOR REPRESENTATION OF COUNSEL**

Now comes Karl Vaillancourt, the defendant in the instant action and, pursuant to Fed. R. Civ. P. 7, responds to this Court in regard to the plaintiff's application for representation of counsel.

1. The plaintiff is indigent because he is a convicted federal criminal who dealt drugs, ran a continuous criminal enterprise, and attempted to murder both a police officer and a suspected informant via interstate communication facilities.

2. The plaintiff is incarcerated for the very same reasons cited above. The plaintiff is not unfairly disadvantaged because his legal resources at the penitentiary law library include access to the Internet. The following Connecticut legal resources are freely available via the Worldwide Web:

> Access to extensive Connecticut appellate case law is freely available at:
>
> http://www.jud.state.ct.us/external/supapp/aro.htm#Archives

1

Free access to this Court's most significant decisions can be found at:

http://www.ctd.uscourts.gov/Opinions.htm

Free access to Connecticut General Statutes, with notations, can be had at:

http://www.cslib.org/psaindex.htm

Free access to extensive rulings by the 2nd Circuit Court of Appeals can be had at:

http://www.findlaw.com/casecode/courts/2nd.html

Hardcopies of law books can be obtained on loan by the law library of the penitentiary via the Connecticut State Library:

http://www.cslib.org

It is doubtless that the plaintiff has not requested or sought use of all of the resources freely available to him.

Further, defendant does not have representation and can not afford such. If the Court sees fit to appoint free counsel to plaintiff, it should also appoint free counsel for defendant.

3. There is absolutely and positively no chance of the plaintiff ever prevailing in this case, as he is seeking restoration to himself of drug sale proceeds. Such is prohibited by both federal and State law. Whether it is by this Court, or by the Second Circuit Court of Appeals, the plaintiff's case will eventually be dismissed for lack of standing to sue over the subject matter. See 21 U.S.C. §881(a)(6), (c) and (h); Conn. Gen. Stat. § 42a-3-309(a)(i) & (ii).

Wherefore, defendant Vaillancourt respectfully prays that this Court would deny the plaintiff's application for representation by counsel.

Respectfully submitted,

*Karl Vaillancourt*
Karl Vaillancourt
Defendant Pro Se
29 State Street

2

ORAL HEARING IS NOT REQUESTED North Haven, CT 06473

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the within response was mailed, certified, return receipt requested and postage prepaid, to plaintiff Aaron Ben Northrop, at Reg. No. 61713-080, Lompoc U.S. Penitentiary, 3901 Klein Blvd., Lompoc, CA 93436, on this 6th day of November, 2003.

Karl Vaillancourt
Defendant Pro Se
29 State Street
North Haven, CT 06473