UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AARON-BEN NORTHROP,  :
  Plaintiff,  :
   :
v.  :  Civil No. 3:01CV364(AVC)
   :
KARL VAILLANCOURT,  :
  Defendant.  :

### ORDER TO PRO SE PLAINTIFF

    This is an action for damages brought pursuant to common law tenets concerning breach of contract. On September 5, 2003, the defendant filed a motion to quash or protective order (document no. 54). The plaintiff has not responded to the defendant's motion. It is hereby ordered that the plaintiff shall have to and including February 25, 2004, to file a response to the defendant's motion. Failure to file a response may be deemed sufficient cause to grant the defendant's motion.

    It is so ordered this 9TH day of February, 2004, at Hartford, Connecticut.

                              Alfred V. Covello, U.S.D.J.