Original

FILED



UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Aaron Ben Northrop,

    Plaintiff,

V.                                 Case No. 3:01CV364(AVC)

Karl Vaillancourt,

    Defendant,

## MOTION FOR AN ORDER DIRECTING ASSISTANT U.S. ATTORNEY PETER JONGBLOED TO COMPLY WITH THE COURT'S SUBPOENA

Plaintiff Aaron Ben Northrop, pro se, respectfully requests an order directing Assistant U.S. Attorney Peter Jongbloed to comply with the Court's subpoena that was served on Attorney Peter Jongbloed on March 10, 2003.

### REASONS FOR GRANTING MOTION

On March 10, 2003, Assistant U.S. Attorney Peter Jongbloed was served with a court subpoena and ordered to provide the plaintiff with a copy of the promissory notes from Karl Vaillancourt to Aaron Northrop for $40,000.00 (See Exhibit "A"). Plaintiff has been informed by Attorney Timothy Yolen that the documents were sent to Peter Jongbloed on March 8, 1993,

---

3:01CV364(AVC).  February 9, 2004.  The plaintiff's motion to compel (document no. 22) is DENIED without prejudice to its refiling in accordance with Conn. L. R. Civ. P. 37(a)(2), which requires that, as part of his motion papers, a movant must file with the court an affidavit indicating that he has "conferred with . . . the opposing party in an effort in good faith to resolve by agreement the issues raised by the motion."
SO ORDERED.

                Alfred V. Covello, U.S.D.J.