FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 FEB 23 P 1: 46

| | | |
|---|---|---|
| AARON-BEN NORTHROP, | : | |
| Plaintiff, | : | Case No. 3:01CV364(AVC) |
| V. | : | |
| KARL VAILLANCOURT, | : | February 18, 2004 |
| Defendant, | : | |

### MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO QUASH OR PROTECTIVE ORDER

Plaintiff Aaron Ben Northrop, pro se, respectfully requests a thirty (30) day extension of time to respond to the defendant's motion to quash or protective order. In support of this motion, plaintiff represents the following:

(1) Plaintiff states that he has not received a copy of the motion to quash or protective order from the defendant, and that plaintiff was unaware that such a motion was filed (See plaintiff's declaration attached as Exhibit "A").

Wherefore plaintiff requests a thirty day extension of time to respond to the motion.

Respectfully submitted,

Aaron Northrop
Reg. No: 61713-080
Lompoc U.S. Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436