UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AARON-BEN NORTHROP,

    Plaintiff,

v.

KARL VAILLANCOURT,

    Defendant,

Case No. 3:01CV364(AVC)

February 18, 2004

## MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO QUASH OR PROTECTIVE ORDER

Plaintiff Aaron Ben Northrop, pro se, respectfully requests a thirty (30) day extension of time to respond to the defendant's motion to quash or protective order. In support of this motion, plaintiff represents the following:

(1) Plaintiff states that he has not received a copy of the motion to quash or protective order from the defendant, and that plaintiff was unaware that such a motion was filed (See plaintiff's declaration attached as Exhibit "A").

Wherefore plaintiff requests a thirty day extension of time to respond to the motion.

Respectfully submitted,

---

3:01CV364(AVC). February 24, 2004. The plaintiff's motion for an extension of time to respond to defendant's motion to quash or protective order (document no. 64) is GRANTED as follows: The plaintiff shall have to and including March 19, 2004 to respond to the defendant's motion to quash or protective order.
SO ORDERED.

Alfred V. Covello, U.S.D.J.