UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 MAY 14 P 2: 09

U.S. DISTRICT COURT
HARTFORD CT.

| | |
|---|---|
| Aaron-Ben Northrop, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:01CV00364(AVC)CT. |
| ) | |
| v. ) | |
| ) | |
| Karl Vaillancourt, ) | PLAINTIFF'S TRIAL MEMORANDUM |
| ) | |
| Defendant, ) | |
| ) | |

Plaintiff Aaron-Ben Northrop, pro se, respectfully submits this trial memorandum pursuant to the court's order dated April 28, 2004.

I.   TRIAL COUNSEL

Plaintiff is in the process of securing an attorney to try the case.  However, if the plaintiff cannot secure an attorney before the trial deadline, the plaintiff is prepared to try the case himself.  Plaintiff's address is 3901 Klein Boulevard, Lompoc, California 93436.

II.  JURISDICTION

This is a civil action to recover a debt.  It is brought pursuant to common law tenets concerning breach of contract. Jurisdiction is based on diversity of citizenship and amount. Plaintiff is a resident of the State of California and defendant

1

is a resident of the State of Connecticut. The matter in

controversy exceeds, exclusive of interest and cost, the sum

of seventy five thousand dollars.

III.  TRIAL BY THE JURY

Plaintiff demands that the case be tried by a jury.

IV.  LENGTH OF TRIAL

Plaintiff estimates that the trial will take one day.

V.  FURTHER PROCEEDINGS

Plaintiff anticipates filing two motions: (1)  a petition

for a writ of habeas corpus ad testificandum; and (2) a request

for appointment of counsel.  However, if plaintiff secures

counsel on his own, the request for appointment of counsel will

not be necessary. Plaintiff does not expect any further proceedings.

VI.  NATURE OF THE CASE

On February, 8, 1990, the plaintiff loaned the defendant

$40,000.00.  In return, the defendant executed a promissory note.

Pursuant to the terms of the note, the defendant agreed to pay

the plaintiff "the principal sum of forty thousand ($40,000)

dollars, with interest at the rate of nine percent per annum."

The note became due on February 8, 1995. The note gave the

defendant the right to prepay the principal amount outstanding

in whole or in part.

In March, 1992, the plaintiff and the defendant entered

into a verbal agreement in which the parties agreed that the date

of payment on the loan would be extended an additional five years,

and that the interest would continue at the rate of nine percent

per annum.  The debt became due of February 8, 2000.  However, the defendant failed to pay back the money or the interest.

Plaintiff is demanding judgment in the amount of $122,632.17, plus the cost of the action, and the cost for any attorney fees.

VII.   TRIAL BY MAGISTRATE JUDGE

Plaintiff has signed an agreement to allow the Magistrate Judge to preside in the case and has delivered the agreement to the defendant. However, plaintiff does not know if the defendant has agreed.

VIII.   LIST OF WITNESSES

Plaintiff will testify that in March, 1992, the plaintiff and the defendant entered into a verbal agreement in which the parties agreed that the date of payment on the loan would be extended an additional five years, and that interest on the loan would continue at the rate of nine percent interest per annum. No other witnesses will be necessary. The testimony should take less than an hour. The plaintiff's address is 3901 Klein Boulevard, Lompoc, California 93436.

IX.   EXHIBITS

The only exhibit that the plaintiff expects to introduce is a copy of the promissory note, marked as Exhibit "A."  The exhibit shows that the defendant borrowed $40,000  from the plaintiff on February 8, 1990, and promised to pay the plaintiff the principal sum of $40,000. plus interest at a rate of nine percent per annum. A copy of the exhibit was served on the defendant.

X.    TRIAL TO JURY

(a)    COURT PROPOSED FINDINGS OF FACT

The following findings of fact were found by the court and will be submitted to the jury:

On February 8, 1990, the plaintiff loaned the defendant $40,000. In return, the defendant executed a promissory note. Pursuant to the terms of the note, the defendant agreed to pay the plaintiff the principal sum of forty thousand ($40,000) dollars, with interest at the rate of nine percent per annum. The note became due on February 8, 1995. The defendant breached the terms of the contract by failing to pay back the principal sum of forty thousand dollars and by failing to pay the interest.

The only issue for trail is whether or not an agreement existed between the parties to extend the date of payment an additional five years. The plaintiff contends that in March, 1992, plaintiff and defendant entered into a verbal agreement to extend the date of payment an additional five years and that interest at the rate of nine percent per annum would continue. The defendant denies that such an agreement took place.

(b)    PROPOSED VOIR DIRE QUESTIONS

Plaintiff requests that the following questions be submitted to the jury panel:

(1)    Have you ever declared bankruptcy?

(2)    Did you ever default on a loan?

(3)    Have you ever been sued by a creditor?

(4)    Did you ever loan money to a debtor?

(5)    Do you own any real estate?

4

(c)  OPENING STATEMENT

Plaintiff plans on making a brief opening statement.


Respectfully submitted on this 10th day of May, 2004.

Aaron Northrop
Reg. No: 61713-080
Lompoc U.S. Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this trial memorandum was mailed, postage prepaid, to the defendant Karl Vaillancourt, at 29 State Street, North Haven, Connecticut 06473, on this 10th day of May, 2004.

Aaron Northrop
Reg. No: 61713-080
Lompoc U.S. Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436