Karl Vaillancourt
Defendant, Pro Se
29 State Street
North Haven, CT  06473

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

Aaron Ben Northrop,  )
    Plaintiff,  )
             )
    v.  )  Case No. 3:01-CV-364 (AVC)
             )
Karl Vaillancourt,  )  May 28, 2004
    Defendant.  )

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE TRIAL MEMORANDUM

Now comes Defendant Karl Vaillancourt, and moves this Court for an extension of time for the filing of his Trial Memorandum.

Due to unforseen circumstances related to defendant's work schedule, the defendant is unable to file his trial memorandum by the deadline set forth in this Court's Order of April 28, 2004.  The defendant requests a two-week extension of time to permit him to file a correct and complete trial memorandum.

Respectfully submitted this 28th day of May, 2004.

*/s/ Karl Vaillancourt*
Karl Vaillancourt
Defendant, Pro Se
29 State Street
North Haven, CT  06473

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the within motion was mailed, certified, return receipt requested and postage prepaid, to plaintiff Aaron Ben Northrop, at Reg. No. 61713-080, Lompoc U.S. Penitentiary, 3901 Klein Blvd., Lompoc, CA  93436, on this 28th day of May, 2004.

*/s/ Karl Vaillancourt*
Karl Vaillancourt
Defendant Pro Se
29 State Street
North Haven, CT  06473