UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Aaron Ben Northrop,

    Plaintiff,

    V.                                    Case No. 3:01-CV-364 (AVC)

Karl Vaillancourt,

    Defendant,

### PLAINTIFF'S OBJECTION AND MOTION TO STRIKE PORTIONS OF DEFENDANT'S TRIAL MEMORANDUM

Plaintiff Aaron Ben Northrop, *pro se*, respectfully submits this objection and motion to strike portions of defendant's trial memorandum dated May 27, 2004.

A review of defendant's trial memorandum reveals that the defendant is attempting to raise affirmative defenses that this court struck down in its order dated August 22, 2003, and again in its order dated April 16, 2004. Defendant cannot raise a lack of standing defense at trial. Therefore, plaintiff requests that this court strike all witnesses, exhibits, proposed findings of fact, proposed voir dire questions, proposed jury instructions and any other portions of the defendant's trial memorandum that relate to the defense based on lack of standing.

Respectfully submitted on this 22nd day of June, 2004.

*Aaron Northrop*
Aaron Northrop
3901 Klein Boulevard
Lompoc, CA 93436

August 5, 2004. DENIED. Alfred V. Covello, U.S.D.J.
SO ORDERED.