UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AARON BEN NORTHRUP,  :
  Plaintiff,  :
                                :
v.                               :  Civil No. 3:01CV364 (AVC)
                                :
KARL VAILLANCOURT,  :
  Defendant.  :

**ORDER TO SHOW CAUSE:**

     This is an action for damages arising out of the defendant's alleged default on a promissory note. The gravamen of the plaintiff's claim is that the defendant has failed to pay the sums now due on the note. The defendant responds, *inter alia*, that the plaintiff is not entitled to enforce the note because he is not a holder of the note nor is he otherwise entitled to enforce the instrument.

     The court hereby orders the plaintiff to produce the original note or to explain why, pursuant to Conn. Gen. Stat. § 42a-3-301 (annexed), he is nevertheless entitled to enforce the note. The plaintiff shall have to and including August 20, 2004 to comply with this order. Failure to comply will result in the dismissal of this action.

     Should the plaintiff produce the note, the defendant shall have twenty days therefrom to show cause why judgment should not enter against him.

     It is so ordered this 6TH day of August, 2004 at Hartford, Connecticut.

                                        Alfred V. Covello
                                        United States District Judge