UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 AUG 27 A II: 18

U.S. DISTRICT COURT
HARTFORD, CT.

Aaron Northrop,

     Plaintiff,        Case No: 3:01CV364(AVC)

     V.

Karl Vaillancourt,

     Defendant,


PLAINTIFF'S RESPONSE TO THE COURT'S

ORDER TO SHOW CAUSE DATED AUGUST 6, 2004,


Plaintiff Aaron Northrop respectfully submits this response to the court's order to show cause dated August 23, 2004. Plaintiff did not receive the order until August 23, 2004 due to his transfer to U.S.P. Victorville and the delay in receiving his mail (see notice of address change filed with clerk). Therefore plaintiff requests leave to file a late response.

Plaintiff states that he cannot produce the original note at this time because the original note is in the possession of the United States Attorney's office. It was given to them pursuant to a court subpoena issued on March 8, 1993. See Exhibit "A," copy of subpeona. Plaintiff did not discover the subpoena until January 10, 2003. See Exhibit "B," copy of letter from plaintiff's attorney. Plaintiff received a copy of the note pursuant to a Freedom of Information Act request. See Exhibit "C," copy of FIOA response. However, plaintiff states that he is the person entitled to enforce the note for the following reasons:

(1)   plaintiff was in legal possession of the note and was entitled to enfoce it when the loss of possession occured.  Plaintiff's attorney, Timothy Yolen was holding it on behalf of the plaintiff;

(2)   the loss of possession of the note was not the result of a transfer by the plaintiff or a lawful seizure that resulted in forfeiture;

(3)   the government does not claim an interest in the note and has never initiated any forfeiture proceedings against the plaintiff with respect to the note;

(4)   plaintiff can obtain possession of the original note by filing a motion in the district court for the return of property, or by court subpoena.  However, this process may take time and delay the proceedings.

Plaintiff states that he has made a prima facia showing that he is entitled to enforce the note.  The defendant claims that the government seized and forfeited the note and that a court of law determined that the money was derived from illegal drug proceeds.  However, the defendant has failed to produce a "judgment of fofeiture" or any other document to support his bald assertion.  The defendant has raised an affirmative defense and has failed to produce any evidence to support his claim.  The burden should not shift to the plaintiff to disprove an affirmative defense at this late date.

RELIEF

Wherefore plaintiff requests permission to proceed without having to produce the original note; or in the alternative, plaintiff requests an extension of time to

2

obtain the original note by subpoena or motion for return of property.  However, should the plaintiff be required to produce the original note, plaintiff requests sanctions against the defendant for raising said defense in bad faith and for causing further unecessary delay in the proceedings.

Plaintiff affirms under the penalty of perjury that the facts and representations made in this response to the court's order to show cause is true and correct to the best of the plaintiff's knowledge and belief.

Respectfully submitted on this 23rd day of August, 2004.

Aaron Northrop

Reg. No: 61713-080

U.S.P. Victorville

P.O. Box 5500

Adelanto, CA 92301

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this response to the court's order was mailed, postage prepaid, to the defendant Karl Vaillancourt, at 29 State, Street, North Haven, Connecticut, on this 23rd day of August, 2004.

Aaron Northrop

Reg. No: 61713-080

USP Victorville

P.O. Box 5500

Adelanto, CA 92301

4

AO 88 (Rev. 1 94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ CONNECTICUT

AARON BEN NORTHROP

V.

KARL VAILLANCOURT

## SUBPOENA IN A CIVIL CASE

CASE NUMBER:    3:01CV364(AVC)

TO:    Peter S. Jongbloed
       157 Church Street
       New Haven, CT 06510

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **all records and documents retrieved by your office pursuant to the subpeona attached as Exhibit "A", including a copy of the promissory notes from Karl Vaillancourt and Edwardo Silva to Aaron Northrop for $40,000.00**

| PLACE | DATE AND TIME |
|---|---|
| Lompoc U.S. Penitentiary, 3901 Klein Blvd., Lompoc, CA 93436 | 3-20-2003 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| KEVIN F. ROWE |  |
| ISSUING OFFICER'S NAME ADDRESS AND PHONE NUMBER | |

Exhibit "A"

AC 88 (Rev. 3-90) Subpoena

# United States District Court

CONNECTICUT

———— DISTRICT OF ————

UNITED STATES OF AMERICA

v.

AARON NORTHROP

**SUBPOENA**

CASE NUMBER: 3:92CR00032(AHN)

| TYPE OF CASE | | SUBPOENA FOR | |
|---|---|---|---|
| ☐ CIVIL | ☒ CRIMINAL | ☒ PERSON | ☒ DOCUMENT(S) or OBJECT(S) |

TO:
Timothy B. Yolen
Custodian of Records
Yoleh & Perzin
367 Elm Street
West Haven, Connecticut  06516

NOTICE:  PLEASE CONTACT
SA CHRIS GRENIER AT (203)
240-3233 BY MARCH 1, 1993
FOR SCHEDULING PURPOSES.

**YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse<br>915 Lafayette Boulevard<br>Bridgeport, Connecticut | Hon. Alan H. Nevas<br>New Annex – Rm. 3 |
| | DATE AND TIME<br>March 8, 1993<br>9:30 a.m. |

**YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s): *

All records relating to MAGNA, Incorporated, including but
not limited to:  promissory notes, agreements, business
meetings, price lists, and sales; documents filed with or
received from the State of Connecticut; and documents about
its formation, officers, shareholders, ~~and~~ financial backers,
profit and loss, and current status.

☐ See additional information on reverse

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. ~~MAGISTRATE~~ OR CLERK OF COURT<br>KEVIN F. ROWE | DATE |
|---|---|
| (BY) DEPUTY CLERK<br>*Sharon Collins* | 2/23/93 |

This subpoena is issued upon application of the:

☐ Plaintiff   ☐ Defendant   ☒ U.S. Attorney

QUESTIONS MAY BE ADDRESSED TO:
Peter S. Jongbloed
157 Church Street
New Haven, CT  06510
(203) 773-2108
ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF ___ CONNECTICUT

AARON BEN NORTHROP

**V.**

KARL VAILLANCOURT

## SUBPOENA IN A CIVIL CASE

CASE NUMBER: ¹ 3:01CV364(AVC)

TO:  John Walkley [Attorney at law]
     935 White Plains Road, Suite 205
     Trumbull, Connecticut 06611

...................d time specified below to testify
in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): Contracts between Aaron Northrop, Karl Vaillancourt and Edwardo Silva in which Vaillancourt and Silva borrowed money from Northrop to form MAGNA corporation.

| PLACE | DATE AND TIME |
|---|---|
| Lompoc U.S. Penitentiary, 3901 Klein Blvd., Lompoc, CA 93436 | 7-13-2001 |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| KEVIN F. ROWE, CLERK | June 18, 2001 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
450 Main Street
Hartford, CT  06103

*Exhibit "B"*

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

¹ If action is pending in district other than district of issuance, state district under case number.

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AARON BEN NORTHROP, | : | CIVIL ACTION NO. |
| | : | |
| Plaintiff | : | |
| | : | |
| - Vs. - | : | 3:01 CV 596 SRU |
| | : | |
| KARL VAILLANCOURT, | : | |
| | : | |
| Defendant | : | December 4, 2002 |

## NOTICE OF COMPLIANCE WITH COURT SUBPOENA

Attorney Timothy B. Yolen hereby responds to the subpoena issued in this matter dated June 18, 2001 as follows:

I have searched for the file which Mr. Northrop has requested, but in that said file was opened and closed approximately fifteen (15) years old, I have no record of it nor any paper work which was retained.  Whatever documentation might have been contained in said file would have been disposed of after seven years from the date the file was closed.

Dated: December 4, 2002
New Haven, Connecticut

Respectfully submitted,

TIMOTHY B. YOLEN

Timothy B. Yolen (Fed Bar #ct00218)
5 Trumbull Street
P.O. Box 1990
New Haven, Connecticut 06521-1990
 Tel. No.  (203) 562-5100
 Fax No.  (203) 562-5211


### CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing Motion for Summary Judgment has been mailed to counsel of record as listed below on this 4th day of December 2002:

Aaron Ben Northrop
Reg. No. 61713-080
Lompoc U.S. Penitenticut
3901 Klein Boulevard
Lompoc, CA 93436

Timothy B. Yolen

LAW OFFICES
## YOLEN AND PERZIN, LLC

5 TRUMBULL STREET
NEW HAVEN, CONNECTICUT 06511
(203) 562-5100

MAILING ADDRESS
P.O. BOX 1990
NEW HAVEN, CT 06521-1990

FACSIMILE
(203) 562-5211

TIMOTHY B. YOLEN
MICHAEL PERZIN

January 10, 2003

Mr. Aaron Northrop
Reg. No. 61713-080
Lompoc U.S. Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436

Re:    Aaron Northrop v. Karl Vaillancourt

Dear Mr. Northrop:

Upon further investigation, I was able to locate the enclosed documentation which reflects copies of what is left of any file contents we may have had. It appears that in February 1993 this firm, per subpoena of the United States Attorney, turned over all of our records to the United States Attorney's Office. Frankly, I do not have a record as to exactly what was turned over, but would also direct your attention to the letter of July 6, 1990 from Attorney Danahar to you, turning over all documents pursuant to your express request.

Very truly yours,

Timothy B. Yolen

TBY:lkr
Encs.



**U.S. Department of Justice**

*United States Attorney*
*District of Connecticut*

---

*Connecticut Financial Center*                                    *(203) 821-3700*
*157 Church Street*
*P.O. Box 1824*
*New Haven, Connecticut 06510*                              *Fax (203) 773-5376*

April 3, 2003

Aaron B. Northrop
No. 6173-080, Unit C
Lompoc U.S. Penitentiary
3901 Klein Boulevard
Lompac, CA 93436

      Re:  FOIA Request #03-655 and
             Subpoena to Peter S. Jongbloed

Dear Mr. Northrop:

     I have been advised by Peter S. Jongbloed, Chief, Strike
Force, that you sent a subpoena via certified mail on or about
March 10, 2003 requesting specific documents. Prior to issuing
the subpoena, you did not comply with the applicable regulations
set forth at 28 CFR § 16.21 <u>et seq</u>.

     However, you have also requested, pursuant to the Freedom of
Information Act, the same documents which were the subject of a
subpoena to Timothy Yolen, Esq. in a criminal case, <u>United States
v. Aaron Northrop</u>, Docket No. 3:92CR032(AHN). This FOIA request
is pending before the Executive Office of United States
Attorney's Office. I have forwarded the documents responsive to
your request to the Freedom of Information Unit. The FOIA Unit
will review and disseminate the appropriate documents to you.

     If you have any questions, you can reach me at (203) 821-
3700.

                         Very truly yours,

                         KEVIN J. O'CONNOR
                         UNITED STATES ATTORNEY

                         JOHN B. HUGHES
                         CHIEF, CIVIL DIVISION

Exhibit "C"