FILED

2004 SEP 27 P 12: 10

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Aaron Northrop,          :

      Plaintiff,      :      No: 3:01CV364(AVC)

      V.               :

Karl Vaillancourt   :

      Defendant,      :


PLAINTIFF'S SUPPLEMENTAL RESPONSE

TO THE COURT'S ORDER TO SHOW CAUSE

DATED AUGUST 6, 2004.

    Plaintiff Aaron Northrop respectfully submits this
supplemental response to the court's order to show cause
dated August 6, 2004.

    Upon further investigation, the plaintiff has learned
that on July, 6, 1990, the orginial note was stolen in the
mail. On September 18, 2004, plaintiff received a letter
from the United States Attorney's Office concerning the note.
(See, Exhibit A, attached). In that letter plaintiff learned
that on October 3, 2003, the government returned their copy
of the promissory note to Timothy Yolen, the plaintiff's
attorney. Thereafter, plaintiff contacted Mr. Yolen by phone

1

and learned that on July 6, 1990, Mr. Yolen had mailed the
original note with an attached letter to the plaintiff. (See
Exhibit B, letter from Mr. Yolen to plaintiff). It appears
that there is evidence of misconduct and foul play on the
defendant's part in this action.

Plaintiff states that he neither received nor requested
the documents described in the letter from Mr. Yolen.
Moreover, even if the plaintiff were to make such a request,
he would have never instructed Mr. Yolen to send the those
documents to the plaintiff in Hartford, Connecticut, because
the plaintiff was never there to receive any mail. In fact,
the only two people authorized to receive mail at that
address was the defendant and Edwardo, Silva. Plaintiff
suspects that Mr. Yolen was duped into sending the original
note to the defendant. Moreover, the defendant has not been
forthcoming with his representations to the court. Defendant
argued as a defense that the original note was seized and
forfeited by the government because it was determined that
the money used to form  MAGNA was derived from illegal drug
proceeds. The court struck down the defense in its order,
however, the defendant reasserted it in his trial memorandum.
 The defendant knew when he received the October 10, 2003
letter that the United States did not seize or forfeit the
original note and that the United States had no interest in
the note (see, letter dated October 10, 2003 from United

2

States Attorney's Office to Timothy Yolen), yet the defendant continues to represent these facts to support his defense. For this reason, the court should not allow the defendant to continue any further.

Respecfully submitted on this 21st day of September, 2004.

Aaron Northrop
Reg No. 61713-080
USP Victorville
P.O. Box 5500
Adelanto, CA 92301

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this supplemental response to the court's order to show cause was mailed, postage prepaid, to the defendant Karl Vaillancourt at 29 State, North Haven, Connecticut on this 21st day of September, 2004.

Aaron Northrop
Reg. No. 61713 o1o
USP Victorville
Po Box 5500
Adelanto, CA 92301

**U.S. Department of Justice**

*United States Attorney*
*District of Connecticut*

---

Connecticut Financial Center
157 Church Street
P.O. Box 1824
New Haven, Connecticut  06510

*(203) 821-3700*
*Fax (203) 773-5376*
*www.usdoj.gov/usao/ct*

September 15, 2004

Aaron B. Northrop
Registration No. 61713-080
U.S. Penitentiary, Victorville
P.O. Box 5500
Adelanto, California  92301

Re:  United States v. Northrop
      Criminal No. 3:92CR32(AHN)

Dear Mr. Northrop:

This letter is written in response to your letter dated August 24, 2004 and received on August 31, 2004.  In your letter you request that this Office provide you with the original promissory notes involving you, Karl Vaillancourt, and Edward Silva.

Prior to your criminal trial, this Office subpoenaed certain records relating to MAGNA Corporation from Timothy B. Yolen, Esq.  Attorney Yolen thereafter produced certain documents in response to the subpoena.  On October 3, 2003, the original documents Attorney Yolen had provided were returned to him.  A copy of my letter to Attorney Yolen is enclosed.

As the Government is no longer in possession of those documents,  you may want to contact Attorney Yolen concerning them.  As a courtesy, enclosed are copies of two promissory notes and a Pledge Agreement, all dated February 8, 1990, that were among the documents returned to Attorney Yolen.

Very truly yours,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

PETER S. JONGBLOED
SUPERVISORY ASSISTANT U.S. ATTORNEY

Enclosures

cc:  John B. Hughes
      Chief, Civil Division



**U.S. Department of Justice**

_United States Attorney_
_District of Connecticut_

---

_Connecticut Financial Center_
_157 Church Street_                                    _(203) 821-3700_
_P.O. Box 1824_                                    _Fax (203) 773-5376_
_New Haven, Connecticut  06510_             _www.usdoj.gov/usao/ct_

October 10, 2003

Timothy B. Yolen, Esq.
Yolen & Perzin LLC
Five Trumbull Street
P.O. Box 1990
New Haven, Connecticut  06521-1990

                    Re:  United States v. Aaron Northrop
                         Criminal No. 3:92CR32(AHN)

Dear Mr. Yolen:

        Enclosed are documents you produced pursuant to a trial subpoena dated February 23,
1993, in the above captioned case.  I understand these documents may be important to a pending
state court lawsuit by Aaron Northrop against Carl Vaillancourt.  Mr. Vaillancourt said he would
be contacting you about these records.

                    Very truly yours,

                    KEVIN J. O'CONNOR
                    UNITED STATES ATTORNEY

                    Peter S. Jongbloed / KiP

                    PETER S. JONGBLOED
                    SUPERVISORY ASSISTANT U.S. ATTORNEY

PSJ/cee

Enclosures

cc:  Carl Vaillincourt

LAW OFFICES
# YOLEN AND PERZIN

367 ELM STREET
POST OFFICE BOX 483
WEST HAVEN, CONNECTICUT 06516

TIMOTHY B. YOLEN
MICHAEL PERZIN
CECELIA U. DANAHAR

TELEPHONE
(203) 937-0555
FACSIMILE
(203) 932-0006

July 6, 1990

MAGNA
100 Airport Road
Hartford, Connecticut  06114

Attention:  Mr. Aaron Northrop

Re:  MAGNA - Incorporation
     Our File No. 10,512

Dear Aaron:

Enclosed please find the following documents which you requested regarding the above referenced matter:

1. Pledge Agreement between Karl W. Vaillancourt and Aaron Northrop;

2. Notice that Director Has Ceased to Hold Office regarding Karl W. Vaillancourt;

3. Power to Transfer Stock from Karl W. Vaillancourt to Timothy B. Yolen;

4. Promissory Note in the amount of $40,000.00 from Karl W. Vaillancourt to Aaron Northrop;

5. Pledge Agreement between Eduardo G. Silva and Aaron Northrop;

6. Notice that Director Has Ceased to Hold Office regarding Eduardo G. Silva;

7. Power to Transfer Stock from Eduardo G. Silva to Timothy B. Yolen;

8. Promissory Note in the amount of $40,000.00 from Eduardo G. Silva to Aaron Northrop;

YOLEN AND PERZIN

MAGNA
July 6, 1990
Page 2

    9.   Promissory Note from Marble and Granite Network of America, Inc. in the amount of $120,000.00 to Aaron Northrop, Eduardo G. Silva and Karl W. Vaillancourt;

    10.   Trade Name Certificate which was filed in Hartford;

    11.   Trade Name Certificate which was filed in Ridgefield;

    12.   Shareholders and Redemption Buy-Sell Agreement;

    13.  Confirmation of Fees and copies of incorporation documents.

    Please do not hesitate to contact me should you have any questions regarding the enclosed documents.

Very truly yours,

*Cecelia U. Danahar*

Cecelia U. Danahar

CUD/lee
enclosures