UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Aaron Northrop,       :     Case No: 3:01-CV-364(AVC)

    Plaintiff,      :

    V.              :

Karl Vaillancourt,    :

    Defendant,      :

PLAINTIFF'S RESPONSE TO THE COURT'S ORDER

DIRECTING HIM TO PRODUCE THE ORIGINAL NOTE

Plaintiff Aaron Northrop respectfully submits this response to the court's order directing him to produce the original note.

Plaintiff states that he has conducted an investigation into the whereabouts of the original note and has learned that the original note was lost or stolen in the mail. From February 8, 1990 to July 6, 1990, Attorney Timothy Yolen was holding the orginal note on behalf of the plaintiff. On July 6, 1990, the original promissory note and a letter was mailed to the plaintiff at 100 Airport Road, in Hartford, Connecticut. (See attached letter dated July 6, 1990). Apparently, someone pretending to be the plaintiff contacted Mr. Yolen and directed Mr. Yolen to mail the note to the office of MAGNA corporation. The note was directed to the plaintiff. However, plaintiff never received the mail, never directed Mr. Yolen to send the note, and did not

discover that the original note was sent to him until recently. The United States Attorney's Office never had possession of the original note. They were only provided a copy of the note. They returned their copy of the note to Timothy Yolen on October 3, 2003. (See attached letter from United States Attorney's office to plaintiff). Nevertheless, plaintiff states that he is the person entitled to enforce the note and meets the criteria set forth in § 42a-3-309.

The law only requires the plaintiff to establish (1) that the plaintiff was in possession of the note and was entitled to enforce it when the loss of possession occured; (2) that the loss of possession was not the result of a transfer by the person or a lawful seizure; and (3) that the plaintiff cannot reasonably obtain possession of the instrument because the instrument was destroyed, or its whereabouts cannot be determined, or it is in the wrongful possession of an unknown person or a person that cannot be found or is not amenable to service of process. U.C.C. § 42a-3-309.

The plaintiff has submitted evidence which shows that the original note was delivered to him on July 6, 1990, and was lost or stolen in the mail. (See copy of letter from Attorney Yolen to plaintiff). At that time plaintiff was in constructive possession of the note and was the person entitled to enforce it because attorney Yolen was holding the note on the plaintiff's behalf. Second, the loss in the mail was not the result of a transfer or a lawful seizure because plaintiff never had knowledge of the transaction and the note was never seized by the government. And finally, plaintiff

affirms that he never received the note or authorized its tranfer. Therefore, the note must be in the wrongful possession of an unknown person. The court should be satisfied that the plaintiff is the person entitled to enforce the note. Nobody has come forward and claimed any interest in the note except the plaintiff and the defendant admits that he borrowed the money from the plaintiff and failed to pay back the debt. Therefore, the defendant's motion should be denied.

    Respectfully submitted on this 30th day of September, 2004.

*[signature]*
Aaron Northrop
Reg. No. 61713-0f0
USP Victorville
P.O. Box 5600
Adelanto, CA 92301

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this response to the defendant's renued motion to dismiss was mailed, postage prepaid, to the defendant Karl Vaillancourt at 29 State Street, North Haven, Connecticut on this 30th day of September, 2004.

*Aaron N[...]*
Aaron Northrop
Reg. No. 61713-060
USP Victorville
P.O. Box 5600
Adelanto, CA 92301

LAW OFFICES
## YOLEN AND PERZIN
367 ELM STREET
POST OFFICE BOX 483
WEST HAVEN, CONNECTICUT 06516

TIMOTHY B. YOLEN
MICHAEL PERZIN
CECELIA U. DANAHAR

TELEPHONE
(203) 937-0555

FACSIMILE
(203) 932-0006

July 6, 1990

MAGNA
100 Airport Road
Hartford, Connecticut   06114

Attention:  Mr. Aaron Northrop

Re:  MAGNA - Incorporation
     Our File No. 10,512

Dear Aaron:

Enclosed please find the following documents which you requested regarding the above referenced matter:

1. Pledge Agreement between Karl W. Vaillancourt and Aaron Northrop;

2. Notice that Director Has Ceased to Hold Office regarding Karl W. Vaillancourt;

3. Power to Transfer Stock from Karl W. Vaillancourt to Timothy B. Yolen;

4. Promissory Note in the amount of $40,000.00 from Karl W. Vaillancourt to Aaron Northrop;

5. Pledge Agreement between Eduardo G. Silva and Aaron Northrop;

6. Notice that Director Has Ceased to Hold Office regarding Eduardo G. Silva;

7. Power to Transfer Stock from Eduardo G. Silva to Timothy B. Yolen;

8. Promissory Note in the amount of $40,000.00 from Eduardo G. Silva to Aaron Northrop;

YOLEN AND PERZIN

MAGNA
July 6, 1990
Page 2

    9.  Promissory Note from Marble and Granite Network of America, Inc. in the amount of $120,000.00 to Aaron Northrop, Eduardo G. Silva and Karl W. Vaillancourt;

    10.  Trade Name Certificate which was filed in Hartford;

    11.  Trade Name Certificate which was filed in Ridgefield;

    12.  Shareholders and Redemption Buy-Sell Agreement;

    13.  Confirmation of Fees and copies of incorporation documents.

    Please do not hesitate to contact me should you have any questions regarding the enclosed documents.

                               Very truly yours,

                               Cecelia U. Danahar

CUD/lee
enclosures



**U.S. Department of Justice**

*United States Attorney*
*District of Connecticut*

---

Connecticut Financial Center
157 Church Street
P.O. Box 1824
New Haven, Connecticut 06510

(203) 821-3700
Fax (203) 773-5376
www.usdoj.gov/usao/ct

October 10, 2003

Timothy B. Yolen, Esq.
Yolen & Perzin LLC
Five Trumbull Street
P.O. Box 1990
New Haven, Connecticut 06521-1990

                Re: United States v. Aaron Northrop
                   <u>Criminal No. 3:92CR32(AHN)</u>

Dear Mr. Yolen:

     Enclosed are documents you produced pursuant to a trial subpoena dated February 23, 1993, in the above captioned case. I understand these documents may be important to a pending state court lawsuit by Aaron Northrop against Carl Vaillancourt. Mr. Vaillancourt said he would be contacting you about these records.

                               Very truly yours,

                               KEVIN J. O'CONNOR
                               UNITED STATES ATTORNEY

                               *Peter S. Jongbloed / Kip*
                               PETER S. JONGBLOED
                               SUPERVISORY ASSISTANT U.S. ATTORNEY

PSJ/cee

Enclosures

cc: Carl Vaillincourt



**U.S. Department of Justice**

*United States Attorney*
*District of Connecticut*

---

*Connecticut Financial Center*  
*157 Church Street*  
*P.O. Box 1824*  
*New Haven, Connecticut  06510*

(203) 821-3700  
Fax (203) 773-5376  
www.usdoj.gov/usao/ct

September 15, 2004

Aaron B. Northrop  
Registration No. 61713-080  
U.S. Penitentiary, Victorville  
P.O. Box 5500  
Adelanto, California 92301

              Re:  United States v. Northrop  
                   <u>Criminal No. 3:92CR32(AHN)</u>

Dear Mr. Northrop:

     This letter is written in response to your letter dated August 24, 2004 and received on August 31, 2004. In your letter you request that this Office provide you with the original promissory notes involving you, Karl Vaillancourt, and Edward Silva.

     Prior to your criminal trial, this Office subpoenaed certain records relating to MAGNA Corporation from Timothy B. Yolen, Esq. Attorney Yolen thereafter produced certain documents in response to the subpoena. On October 3, 2003, the original documents Attorney Yolen had provided were returned to him. A copy of my letter to Attorney Yolen is enclosed.

     As the Government is no longer in possession of those documents, you may want to contact Attorney Yolen concerning them. As a courtesy, enclosed are copies of two promissory notes and a Pledge Agreement, all dated February 8, 1990, that were among the documents returned to Attorney Yolen.

                                 Very truly yours,

                                   KEVIN J. O'CONNOR  
                                 UNITED STATES ATTORNEY

                                 PETER S. JONGBLOED  
                                 SUPERVISORY ASSISTANT U.S. ATTORNEY

Enclosures

cc:  John B. Hughes  
     Chief, Civil Division