Karl Vaillancourt
Defendant, Pro Se
29 State Street
North Haven, CT 06473

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Aaron Ben Northrop, ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Case No. 3:01-CV-364 (AVC) |
| ) | |
| ) | |
| Karl Vaillancourt, ) | October 6, 2004 |
| Defendant. ) | |

### DEFENDANT'S MOTION FOR LEAVE AND
### FOR EXTENSION OF TIME TO REPLY

Now comes Karl Vaillancourt, the defendant in the instant action and, pursuant to Fed. R. Civ. P. §7, moves this Honorable Court for leave to reply, and for an extension of time to reply, to plaintiff's supplemental response (Docket Entry No. 83).

### GROUNDS FOR MOTION

Defendant has filed a motion to strike plaintiff's supplemental response. If the Court does not strike such, the defendant tenders this motion in the alternative.

Because plaintiff has denominated his latest filing as a supplemental response, and defendant reads Rule 15(d) on supplementation to require permission to respond, the defendant is unsure whether he is entitled to reply to plaintiff's supplemental response as a matter of right, and therefore, asks leave of the Court to reply out of an abundance of caution.

1

Should the Court grant leave to reply, the defendant believes he will need time in excess of the October 12th due date[1] in order to properly reply with evidence.

Wherefore, defendant Vaillancourt prays that this Court would grant him leave to reply to plaintiff's supplemental response, and grant him an extension of time to reply thereto, to and including October 29, 2004.

Respectfully submitted,

*/s/ Karl Vaillancourt*

Karl Vaillancourt
Defendant Pro Se
29 State Street
North Haven, CT  06473

ORAL HEARING IS NOT REQUESTED

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the within motion was mailed, certified, return receipt requested and postage prepaid, to plaintiff Aaron Ben Northrop, at Reg. No. 61713-080, Victorville U.S. Penitentiary, P.O. Box 5600, Adelanto, CA 92301, on this 6th day of October, 2004.

*/s/ Karl Vaillancourt*

Karl Vaillancourt
Defendant Pro Se
29 State Street
North Haven, CT  06473

---

[1] Under Local Rule 7(d) for a timely reply within ten (10) days, not counting intervening weekend days and the holiday of Columbus Day (October 11th), as provided under Rule 6.