Karl Vaillancourt
Defendant, Pro Se
29 State Street
North Haven, CT 06473

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

Aaron Ben Northrop, )
    Plaintiff, )
)
)

3:01CV364(AVC). October 14, 2004. This is a diversity action for damages arising out of the defendant's alleged default on a $40,000 promissory note. On May 14, 2004, the pro se plaintiff filed a trial memorandum stating that he intended to introduce a "copy" of the promissory note at trial. On July 16, 2004, the pro se defendant filed a motion (doc. no.76) objecting "to plaintiff's trial memorandum and [moving to] strike plaintiff's introduction into evidence of a copy of the promissory note (and ancillary documents) at issue." Specifically, the defendant argues that the best evidence rule, Fed. R. Evid. 1002, precludes the plaintiff from introducing "into evidence . . . a copy of the promissory note." In response, the plaintiff states that the "original note was lost or stolen in the mail" and that he is therefore "entitled to enforce the note" pursuant to Conn. Gen. Stat. § 42a-3-309. The plaintiff has provided the court with two letters supporting his argument that the note is lost. Federal Rule of Evidence 1004(1) provides, in part: "The original is not required, and other evidence of the contents of the writing . . . is admissible if (1) All originals are lost or have been destroyed, unless the proponent lost or destroyed them in bad faith; or 2) No original can be obtained by any available judicial process or procedure." Fed. R. Evid. 1004(1).

The defendant filed the within motion (doc. no.85) requesting "leave and extension of time to reply" to the plaintiff's recent submissions (doc. nos.83,84). The defendant's motion (doc. no. 85) is GRANTED. The defendant shall have 21 days from the date of this order to file a reply. In the reply, the defendant shall set forth why the court should not 1) deem the note as lost for purposes of Conn. Gen. Stat. § 42a, and 2) allow the plaintiff to admit a copy into evidence pursuant to Fed. R. Evid. 1004(1).

SO ORDERED.



Alfred V. Covello, U.S.D.J.