UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Aaron Northrop,         :

    Plaintiff,      :     Case No. 3:01-CV-364(AVC)

    V.

Karl Vaillancourt,      :

    Defendant,      :

PLAINTIFF'S DECLARATION OF LOST

OR STOLEN PROMMISSORY NOTE

Plaintiff, Aaron Northrop, hereby declares that the following is true and correct to the best of the plaintiff's knowledge and belief:

(1)  Plaintiff is over the age of 21 and competent to testify;

(2)  On or about February 8, 1990, plaintiff loaned defendant Karl Vaillancourt forty thousand ($40,000.00) dollars.  In return, defendant Vaillancourt signed a prommissory note, and agreed to pay the plaintiff, the sum of $40,000.00, with interest at the rate of nine percent per annum.  The note became due on February 8, 1995.  However, in March of 1992, plaintiff and defendant Vaillancourt agreed to extend the date of payment an additional five years;

(3)  From February 8, 1990, to July 6, 1990, plaintiff authorized Attorney Timmothy Yolen to hold the note for safe

keeping at his office which was located at 367 Elm Street, in West Haven, Connecticut;

(4) On July 6, 1990, Mr. Yolen made a photo copy of the note and mailed the original note to the plaintiff at 100 Airport Road, in Hartford, Connecticut;

(5) Plaintiff states that he never received the original note in the mail and did not discover that the note was sent to him until Mr. Yolen informed him of this fact on September 18, 2004;

(6) Plaintiff states that to the best of his knowledge and belief the original note was either lost or stolen in the mail.

Plaintiff declares under the penalty of purjury that the foregoing is true and correct. Executed on October 13, 2004.

*[signature]*
Aaron Northrop
Reg. No. 61713-080
USP Victorville
P.O. Box 5500
Adelanto, CA 92301

2

3

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Plaintiff's Declaration of Lost or Stolen Prommissory Note was mailed, postage prepaid, to the defendant Karl Vaillancourt, at 29 State Street, North Haven, Connecticut, on this 13th day of October, 2004.

_Aaron Northrop_
Aaron Northrop
Reg. No. 61713-080
USP Victorville
P.O. Box 5500
Adelant, CA 92301