91

Karl Vaillancourt
Defendant, Pro Se
29 State Street
North Haven, CT 06473

FILED

2004 NOV -2 A 11: 47

U.S. DISTRICT COURT
HARTFORD, CT.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Aaron Ben Northrop, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:01-CV-364 (AVC) |
| ) | |
| Karl Vaillancourt, ) | October 30 2004 |
|     Defendant. ) | |

### DEFENDANT'S MOTION FOR ADDITIONAL EXTENSION
### OF TIME AND FOR ORDER TO COMPEL

Now comes Karl Vaillancourt, the defendant in the instant action and, pursuant to Fed. R. Civ. P. §7, moves this Honorable Court for an additional extension of time to reply to this Court's Order of October 14, 2004 (Docket Entry No. 89) (Endorsement Order on Docket Entry No. 85), and moves for an Order compelling disclosure.

### GROUNDS FOR MOTION

This Court's Order of October 14, 2004 directs defendant to reply to plaintiff's

---

3:01CV364(AVC) November 9, 2004. GRANTED in part and DENIED in part. The motion for extension of time is GRANTED. The defendant shall have 30 days from the date of this order to reply. The motion to compel is DENIED. The defendant has not served the individuals with subpoenas in accordance with Fed. R. Civ. P. 45(a)(1). See also Fed. R. Civ. P. 45(c)(B)(stating in part, "If objection has been made [by the party served with the subpoena], the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production").
SO ORDERED.

Alfred V. Covello, U.S.D.J.