Karl Vaillancourt  
Defendant, Pro Se  
29 State Street  
North Haven, CT 06473

**FILED**

2004 DEC -9  A 10: 15

U.S. DISTRICT COURT  
HARTFORD, CT.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Aaron Ben Northrop, ) | |
|     Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Case No. 3:01-CV-364 (AVC) |
| ) | |
| ) | |
| Karl Vaillancourt, ) | December 8, 2004 |
|     Defendant. ) | |

## DEFENDANT'S MOTION FOR ADDITIONAL EXTENSION OF TIME AND FOR ORDER TO COMPEL

Now comes Karl Vaillancourt, the defendant in the instant action and, pursuant to Fed. R. Civ. P. §7, moves this Honorable Court for an additional extension of time to reply to this Court's Order of October 14, 2004.

## GROUNDS FOR MOTION

This Court's Order of October 14, 2004 directed defendant to reply to plaintiff's supplemental response and motion for reconsideration by no later than November 4, 2004 (21 days from October 14).

The Court subsequently granted defendant's motion for an extension of time to reply to December 9, 2004.

The defendant is awaiting the affidavit of one critical witness. Such has not yet been completed, although defendant solicited the information from the witness in early

1

November. Defendant believes that the affidavit will be tendered within one week, and that defendant will be able to reply one week thereafter.

Wherefore, defendant Vaillancourt prays that this Court would grant him a two week extension of time to reply to December 24, 2004.

Respectfully submitted,

*/s/ Karl Vaillancourt*

Karl Vaillancourt
Defendant Pro Se
29 State Street
North Haven, CT  06473

ORAL HEARING IS NOT REQUESTED

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the within motion was mailed, certified, return receipt requested and postage prepaid, to plaintiff Aaron Ben Northrop, at Reg. No. 61713-080, Victorville U.S. Penitentiary, P.O. Box 5600, Adelanto, CA 92301, on this 8th day of December, 2004.

*/s/ Karl Vaillancourt*

Karl Vaillancourt
Defendant Pro Se
29 State Street
North Haven, CT  06473