Karl Vaillancourt
Defendant, Pro Se
29 State Street
North Haven, CT 06473

**FILED**

2004 DEC -9  A 10: 15

IN THE UNITED STATES DISTRICT COURT U.S. DISTRICT COURT
HARTFORD, CT.

FOR THE DISTRICT OF CONNECTICUT

Aaron Ben Northrop,    )
        Plaintiff,     )
                       )
                       )
                       )                    Case No. 3:01-CV-364 (AVC)
                       )
                       )
Karl Vaillancourt,     )                    December 8, 2004
    Defendant.         )

*(vertical margin text, left side):*

3:01CV364(AVC) December 13, 2004. The defendant's motion for extension of time (document no. 93) is GRANTED. The defendant shall have up to and including December 24, 2004 to reply to the court's October 14, 2004 order. SO ORDERED.

Alfred V. Covello, U.S.D.J.

**DEFENDANT'S MOTION FOR ADDITIONAL EXTENSION**
**OF TIME AND FOR ORDER TO COMPEL**

Now comes Karl Vaillancourt, the defendant in the instant action and, pursuant to Fed. R. Civ. P. §7, moves this Honorable Court for an additional extension of time to reply to this Court's Order of October 14, 2004.

**GROUNDS FOR MOTION**

This Court's Order of October 14, 2004 directed defendant to reply to plaintiff's supplemental response and motion for reconsideration by no later than November 4, 2004 (21 days from October 14).

The Court subsequently granted defendant's motion for an extension of time to reply to December 9, 2004.

The defendant is awaiting the affidavit of one critical witness. Such has not yet been completed, although defendant solicited the information from the witness in early

1