Karl Vaillancourt
Defendant, Pro Se
29 State Street
North Haven, CT 06473

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Aaron Ben Northrop,  )<br>        Plaintiff,        )<br>                             )<br>                             )<br>v.                        )<br>                             )<br>                             )<br>Karl Vaillancourt,    )<br>        Defendant.   ) | Case No. 3:01-CV-364 (AVC)<br><br>November 29, 2004 |

### AFFIDAVIT OF WITNESS KARL VAILLANCOURT

Now comes Karl Vaillancourt, the defendant in the instant action and, after being duly sworn, does depose and say:

1. I have been a professional stone mason and tile setter for more than 20 years.

2. I am uniquely aware of the values of the equipment and supplies utilized in my industry, both new and used, as I purchase, use and sell such on an ongoing basis.

3. At the time MAGNA wound up its affairs, it possessed used equipment, supplies and inventory with a trade resale value of approximately $80,000.

4. I personally saw Aaron Northrop at the 100 Airport Road location of MAGNA on numerous occasions, including during the summer of 1990.

5. I personally witnessed Aaron Northrop receiving and reading mail

addressed to himself and to MAGNA at the Airport Road location of MAGNA, including during the summer of 1990.

6. I have not seen the original promissory note between Aaron Northrop and myself since February of 1990.

7. At no time have I ever come into possession by any means of the original promissory note between Aaron Northrop and myself.

8. I have personal and first-hand knowledge of the foregoing stated facts.

Affiant affirms under the penalty of perjury and the laws of the United States that the statements made herein are true and correct to the best of affiant's knowledge and belief.

Karl Vaillancourt
Defendant Pro Se
29 State Street
North Haven, CT 06473

## ACKNOWLEDGMENT

State of Nevada     )
                    )
County of Clark     )

Before me personally appeared Karl Vaillancourt, who is personally known to me, or has presented identification to establish his identity to my satisfaction, and after being duly sworn, did execute and subscribe to the foregoing Affidavit of Witness in my presence this _89_ th day of November, 2004.



NOTARY PUBLIC
STATE OF NEVADA
County of Clark
EVALYN HUBP·
No: 03-81619-1
My Appointment Expires M··

NOTARY PUBLIC

My commission expires on _05-05-07_.