FILED

2005 JAN 11 A 10: 58

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

AARON NORTHROP,                :

    Plaintiff,          :   Case No. 3:01CV364 (AVC)

V.

KARL VAILLANCOURT,       :   January 3rd 2005

    Defendant,          :

PLAINTIFF'S MOTION FOR JUDGMENT

ON THE PLEADINGS

Plaintiff Aaron Northrop, respectfully moves for judgment on the pleadings in accordance with Rule 12(c) of the Federal Rules of Civil Procedure. In support of this motion plaintiff represents as follows:

(1) On February 5, 2002, a copy of the attached summons and complaint was served on the defendant by the State Marshal. (See copy of summons, complaint, and service of process affidavit).

(2) The critical facts asserted in the complaint establish that: (1) jurisdiction is founded on diversity of citizenship and amount; (2) plaintiff is a resident of the State of California and defendant is a resident of the State of Connecticut; (3) the matter in controversy exceeds, exclusive of interest and cost, the sum of seventy five thousand dollars; and (4) defendant Karl Vaillancourt owes the plaintiff $86,707.00 for money lent to defendant on May

1, 1990, pursuant to contract.

(3) The defendant failed to rebutt the facts in a timely answer, and therefore all factual allegations were admitted by the defendant and must be taken as true.

(4) In Schererr v. Equitable Life Assurance Society of the United States, 347 F.3d 394 (2nd Cir. 2003), the Second Circuit Court of Appeals held that there is "a rebuttable presumption that the face of the complaint is a good faith representation of the actual amount in controversy."

(5) The Court further held that "to overcome the face-of-the-complaint presumption, the party opposing jurisdiction must show 'to a legal cetainty' that the amount recoverable does not meet the jurisdictional threshold."

(6) The further held that "the legal impossibility of recovery must be so certain as virtually to negative the plaintiff's good faith in asserting the claim" and "where the allegations leave grave doubt about the likelihood of a recovery of the requisite amount, dismissal is not warranted" and "where damages sought are uncertain, the doubt should be resolved in favor of the plaintiff's pleadings."

(7) And finally the Court held that "once jurisdiction has attached, it cannot be ousted by subsequent events," and "affirmative defenses asserted on the merits may not be used to whittle down the amount in controversy."

(8) An affirmative defense is defined as any defense based on facts asserted outside the pleadings.

(9) Plaintiff states that the defendant has waived all affirmative defenses by failing to file a timely answer to the complaint, and the defendant has failed to meet his high

burden of disproving "to a legal certainty" that this Court lacks jurisdiction over the amount in controversy.

### RELIEF

Wherefore plaintiff demands judgment on the pleadings as the defendant has failed to meet his burden of disproving jurisdiction, and all reasonable doubt must be resolved in favor of the plaintiff's pleadings.

Respectfully submitted,

*/s/ Aaron North*

Aaron Northrop
Reg. No. 61713-080
USP Victorville

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this motion for judgment on the pleadings was mailed, postage prepaid, to the defendant Karl Vaillancourt, at 29 State Street, North Haven, Connecticut on this 3rd day of January, 2005.

*Aaron Northrop*

Aaron Northrop
Reg. No: 61713-080
USP Victorville
P.O. Box 5500
Adelanto, CA 92301

Copy

Aaron Ben Northrop
Reg. No: 61713-080
Lompoc U.S. Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Aaron Ben Northrop, | : | |
| Plaintiff, | : | Case No: 3:01CV364(AVC) |
| v. | : | |
| Karl Vaillancourt, | : | COMPLAINT FOR MONEY LENT |
| Defendant, | : | |

I. JURISDICTIONAL STATEMENT

Jurisdiction is founded on diversity of citizenship and amount. Plaintiff is a resident of the State of California and defendant is a resident of the State of Connecticut. The matter in controversy exceeds, exclusive of interest and cost, the sum of seventy five thousand dollars.

II. PARTIES OF INTEREST

1. Defendant Karl Vaillancourt's home address is Stage Coach Road, Meriden, Connecticut. (Home phone # 203-688-6136) Defendant's business address is: Creative Stone and Tile, 355 James Street, New Haven, Connecticut 06511. (Business phone #203-624-1882)

2. Plaintiff Aaron Ben Northrop's address is Lompoc U.S. Penitentiary, 3901 Klein Boulevard, Lompoc, California 93436.

- 1 -

III. <u>COMPLAINT</u>

3.  Defendant Karl Vaillancourt owes plaintiff 86,707 dollars for money lent to defendant on May 1, 1990, pursuant to contract.

Wherefore plaintiff demands judgment against defendant for the sum of $86,707.00 (eight six thousand seven hundred and seven dollars) plus costs.

                                    *[signature]*
                                    Aaron Ben Northrop
                                    Reg. No: 61713-080
                                    Lompoc U.S. Penitentiary
                                    3901 Klein Boulevard
                                    Lompoc, CA 93436

# United States District Court

FOR THE _____ DISTRICT OF __CONNECTICUT__

Aaron Ben Northrop,

    Plaintiff,

V.

Karl Vaillancourt,

    Defendant,

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 3:01CV364 (AVC)

TO: (Name and Address of Defendant)

Karl Vaillancourt
Stage Coach Road
Meriden, CT

Business address:
Creative Stone and Tile
355 James Street
New Haven, CT 06510
(203) 624-1882

*called feb.*

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon *Martha*

*860-240-3200 Clerk of Court*

PLAINTIFF'S ATTORNEY (name and address)

Aaron Northrop
Reg. No: 61713-080
Lompoc U.S. Penitentiary
3901 Klein Boulevard
Lompoc, CA 93436

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

A TRUE COPY ATTEST:

KEVIN F. ROWE
*District Court*
*[signature] Brown*

KEVIN F. ROWE

CLERK

[signature] S. A. Brown

BY DEPUTY CLERK

JAN 23 2002

DATE

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. District Court

                ss:  North Haven,  February 5, 2002

District of Connecticut

    Then and there by virtue hereof, I served the within named defendant, KARL VAILLANCOURT, by leaving with and in the hands of said defendant at his new residence of 29 State Street, North Haven, CT., a true and attested copy of the original Summons and Complaint with my endorsement thereon.

ATTEST:

ROBERT S. MILLER
STATE MARSHAL
NEW HAVEN COUNTY

FEES:
| | |
|---|---|
| Service Fee | $ 30.00 |
| Copies | 4.00 |
| Endorsements | .80 |
| Travel | 25.00 |
| | $ 59.80 |

# ROBERT S. MILLER
## STATE MARSHAL NEW HAVEN COUNTY

201 Orange Street
New Haven, CT 06510
PHONE: 203-787-4805
FAX: 203-782-2860
S.S. # 041.50.1514
email:
RMILLER.STATEMARSHAL@SNET.NET

February 5, 2002

Aaron Northrop
Reg. No: 61713-080
Lompoc U.S. Penitentiary
3901 Klein Boulevard
Lompoc, CA  93436

Re:   Aaron Ben Northrop vs. Karl Vaillancourt

    Summons and Complaint               $59.80
    Extra time, travel, search defendant
    now resides at 29 State Street, North
    Haven, CT., as I verified the
    correct address with SNET, DMV
    and Postmaster

                                      30.00

**TOTAL AMOUNT NOW DUE.......$ 30.00**

