UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED 2005 JAN 28 A 10: 07
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| AARON BEN NORTHRUP,<br>  Plaintiff, | :<br>:<br>: |
| v. | : Civil No. 3:01CV364(AVC)<br>: |
| KARL VAILLANCOURT,<br>  Defendant. | :<br>: |

**RULING ON THE DEFENDANT'S MOTION FOR ADDITIONAL TIME**

As set forth in the order issued this day, the court has concluded that issues of fact preclude the court from deciding on the papers alone whether the note is lost within the meaning of Conn. Gen. Stat.§ 42a-3-301(iii) and Fed. R. Evid. 1004(1). The parties will present their arguments regarding the status of the promissory note at the evidentiary hearing. Accordingly, the motion "for additional extension of time and for order to compel"(document no.93) is DENIED as moot.

It is so ordered this 26th day of January, 2005 in Hartford, Connecticut.

Alfred V. Covello, U.S.D.J.