Karl Vaillancourt
Defendant, Pro Se
29 State Street
North Haven, CT 06473

FILED
2004 OCT 13 A 11:39
U.S. DISTRICT COURT
HARTFORD, CT.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Aaron Ben Northrop,<br>Plaintiff, | ) | |
| v. | ) | Case No. 3:01-CV-364 (AVC) |
| Karl Vaillancourt,<br>Defendant. | ) | October 12, 2004 |

## MOTION TO STRIKE PLAINTIFF'S MOTION FOR RECONSIDERATION

Now comes Karl Vaillancourt, the defendant in the instant action and, pursuant to Fed. R. Civ. P. § 7, moves this Honorable Court to strike plaintiff's motion for reconsideration (Docket Entry No. 84).

The defendant anticipates that the Court will construe plaintiff's response to the Court's Ruling of September 23, 2004 (Docket Entry No. 84) as a motion to reconsider. Defendant objects and moves to strike such motion for reconsideration.

## STANDARD FOR RECONSIDERATION

The standard for granting a motion for reconsideration is strict. See *Shrader v. CSX Transp.*, Inc., 70 F.3d 255, 257 (2d Cir. 1995). Such a motion generally will be denied unless the "moving party can point to controlling decisions or data that the court overlooked-matters, in other words, that might reasonably be expected to alter the conclusion reached by the court." *Id.* Thus, "the function of a motion for reconsideration

3:01CV364(AVC). February 7, 2005. The court did not construe the plaintiff's response (document no.84) to the court's September 23, 2004 order as a motion for reconsideration. Accordingly, the defendant's motion "to strike the plaintiff's motion for reconsideration" is DENIED as moot. SO ORDERED.

Alfred V. Covello, U.S.D.J.

FILED
2005 FEB 7 P 2:58
U.S. DISTRICT COURT
HARTFORD, CT