Karl Vaillancourt
Defendant, Pro Se
29 State Street
North Haven, CT 06473

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Aaron Ben Northrop, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Karl Vaillancourt, )<br>    Defendant. ) | Case No. 3:01-CV-364 (AVC)<br><br>February 4, 2005 |

**DEFENDANT'S MOTION FOR RECONSIDERATION
REGARDING MOTION TO CONFORM TO THE EVIDENCE**

Now comes Karl Vaillancourt, the defendant in the instant action and, pursuant to Fed. R. Civ. P. § 54(b), as well as under Local Rule 7(c), moves this Court to reconsider and modify its ruling in regard to defendant's motion to amend to conform to the evidence, and to reinstate equitable defenses (Docket Entry No. 87).

**GROUNDS FOR MOTION**

With all due respect for this Honorable Court, it has been the practice of this Court to issue rulings on all issues before it in comprehensive fashion. Defendant notes that the Court's rulings of January 26, 2005 do not address defendant's motion to conform to the evidence, and for restoration of equitable defenses. While the Court may already be considering this matter, and this motion may be entirely premature, the defendant brings this matter to the Court's attention by assuming the Court has not addressed, and would not otherwise address, defendant's motion.

1

The plaintiff placed evidence in the record pre-trial for his own purposes that substantiates defendant's claim of equitable defenses. The defendant did not in any way provoke such evidence to be introduced.

Pursuant to Rule 15(b), defendant should be allowed to amend his pre-trial memorandum to include the assertion of these defenses and present evidence, both pre-trial and at trial, regarding these defenses.

The defendant would note for the record that his motion to conform to the evidence, and to reinstate equitable defenses, filed October 12, 2004, remains unopposed, and should therefore be granted without objection.

### RELIEF REQUESTED

Wherefore, the foregoing considered, defendant Vaillancourt prays that this Court would allow defendant to amend his pre-trial memorandum to conform to, and to introduce additional support for, the evidence regarding his equitable defenses that have been substantiated by plaintiff's unprovoked filings.

Respectfully submitted,

_____
Karl Vaillancourt
Defendant Pro Se
29 State Street
North Haven, CT  06473

ORAL HEARING IS NOT REQUESTED

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the within response and motion to dismiss was mailed, certified, return receipt requested and postage prepaid, to plaintiff Aaron Ben Northrop, at Reg. No. 61713-080, Victorville U.S. Penitentiary, P.O. Box 5600, Adelanto, CA 92301, on this __4__ th day of February, 2005.

                                    Karl Vaillancourt  
                                    Defendant Pro Se  
                                    29 State Street  
                                    North Haven, CT 06473