Karl Vaillancourt
Defendant, Pro Se
29 State Street
North Haven, CT 06473

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Aaron Ben Northrop, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:01-CV-364 (AVC) |
| ) | |
| Karl Vaillancourt, ) | February 4, 2005 |
|     Defendant. ) | |

### DEFENDANT'S MOTION FOR RECONSIDERATION REGARDING MOTION TO CONFORM TO THE EVIDENCE

Now comes Karl Vaillancourt, the defendant in the instant action and, pursuant to Fed. R. Civ. P. § 54(b), as well as under Local Rule 7(c), moves this Court to reconsider and modify its ruling in regard to defendant's motion to amend to conform to the evidence, and to reinstate equitable defenses (Docket Entry No. 87).

### GROUNDS FOR MOTION

With all due respect for this Honorable Court, it has been the practice of this Court to issue rulings on all issues before it in comprehensive fashion. Defendant notes that the Court's rulings of January 26, 2005 do not address defendant's motion to conform to the evidence, and for restoration of equitable defenses. While the Court may already be considering this matter, and this motion may be entirely premature, the defendant brings this matter to the Court's attention by assuming the Court has not addressed, and would not otherwise address, defendant's motion.

1

---

[Handwritten margin annotation:]

TAB 3

3:01CV364(AVC). February 9, 2005. The motion is DENIED without prejudice to its refiling, if desired, after the court's ruling on the defendant's motion to amend (document no. 87) issued this day. SO ORDERED.

Alfred V. Covello, U.S.D.J.