UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED 2005 FEB 16 A 11: 02

U.S. DISTRICT COURT

AARON BEN NORTHROP,

      Plaintiff,

    V.

KARL VAILLANCOURT,

      Defendant,

Case No: 3:01-CV-364(AVC)

February 9, 2005

PLAINTIFF'S OBJECTION TO ANY AND
ALL AFFIRMATIVE DEFENSES ASSERTED BY THE DEFENDANT

Plaintiff AARON BEN NORTHROP, respectfully submits this objection to defendant VAILLANCOUT's Motion to reinstate affirmative defenses which were stricken by the court.

In a motion dated February 4, 2005, the defendant seeks to reinstate affirmative defenses which were stricken by this court. The defendant argues that plaintiff provoked the defenses by placing evidence in the record and by failing to object to the defendant's request to reinstate his affirmative defenses. The motion should be denied for three reasons. First, the court struck all of the defendant's affirmative defenses from the record because the defendant failed to assert them in a timely answer. Second, plaintiff has objected to all affirmative defenses raised by the defendant. And finally, the evidence placed in the record by the plaintiff was provoked by the court in its order directing the plaintiff to produce the original promissory note. The defendant should not be permitted to shoehorn an affirmative defense based on the

1

outcome of that order.

Wherefore the defendants motion to reinstate affirmative defenses should be denied.

                                   *[signature]*
                                   AARON BEN NORTHROP
                                   Reg. No: 61713-080
                                   USP Victorville
                                   P.O. Box 5500
                                   Adelanto, CA 92301

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this objection to the defendant's motion to reinstate affirmative defenses was mailed, postage prepaid, to the defendant KARL VAILLANCOURT at 29 State Street, North Haven Connecticut 06473 on this 9th day of February, 2005.

_____
AARON BEN NORTHROP
Reg. No: 61713-080
USP Victorville
P.O. Box 5500
Adelanto, CA 92301