UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AARON BEN NORTHROP,

    Plaintiff,

V.

KARL VAILLANCOURT,

    Defendant,

Case No: 3:01-CV-364(AVC)

August 8, 2005

### MOTION FOR APPOINTMENT OF COUNSEL, OR IN ALTERNATIVE, MOTION FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Plaintiff AARON BEN NORTHROP, respectfully submits this motion for appointment of counsel, or in the alternative, motion for a writ of habeas corpus ad testificandum. And in support of this motion plaintiff represents as follows:

1. On August 27, 2005, this Court scheduled a hearing and date for jury selection set for October 5 and 6, 2005.

2. As this Court is aware, Aaron Ben Northrop is a witness and prosecutor for the plaintiff, and will need to appear in order to provide testimony and arguments for the plaintiff.

3. As this Court is also aware, plaintiff's attorney is incarcerated at the Victorville United States Penitentiary in Adelanto, California, and cannot appear at the hearing or trial unless this Court issues a writ of habeas corpus ad testificandum. Alternatively, testimony could be provided by video conference. The Victorville U.S. Penitentiary has the video conference equipement and capability. However, plaintiff would need an

1

attorney to appear in court to prosecute the case.

4. This Court is also aware that the plaintiff is proceeding in forma pauperis and cannot afford to hire an attorney to appear. Plaintiff has made an effort to procure counsel but has had no success. Mr. Northrop's family has contacted the following attorneys and even offered to compensate them for their time (a copy of the letter attached as Exhibit "A" was E-Mailed to the following list of firms):

| Law Firm | Phone |
| --- | --- |
| Altschuler & Altschuler | (203) 932-6464 |
| Jepold S. Barber | " 787-2236 |
| Peter C. Barrett | " 931-9222 |
| Nicole Bartner Graff | " 481-3459 |
| Belford & Belford | " 865-0867 |
| Mary Ann Bellezza | " 288-2855 |
| Biller, Sacks, Raio & Bonadies | " 281-1717 |
| Lynch, Traub, Keefe & Errante PC | " 787-0275 |
| O'Donnel & Riley LLC | " 865-0145 |
| Jacobs, Grudberg, Belt & Dow | " 772-3100 |
| Cody & Gonilla LLP | " 874-7581 |
| Sousa, Stone & D'Agosto | " 929-8283 |
| Joseph J.D'. Agostino | " 265-2338 |
| Esposito Law Firm | " 787-0154 |

5. However, all attempts to procure counsel have failed.

<u>RELIEF</u>

Wherefore plaintiff requests that this Court either (1) appoint counsel for the plaintiff and allow plaintiff's witness to testify by video conference, or (2) issue a writ of habeas corpus ad testificandum so that the plaintiff's witness and attorney can appear personally to provide testimony and prosecute the case, or both.

Respectfully submitted,

_AARON BEN NORTHROP_
AARON BEN NORTHROP
Victorville U.S. Penitnetiary
P.O. Box 5500
Adelanto, California 92301

2

Dear Attorneys, My son is currently serving time at a Federal Penitentiary in California. He has submitted a motion (which I can send to you for your perusal) to the courts. He is suing two previous partners for $100,000.00 for failure to pay on two promissary notes he has in his possession. He is in need of an attorney to represent him for the court date only. He has indicated that it will only take one day in court to have a judgement in his favor. For this he is willing to compensate you for your time. If you are interested in pursuing this any further, you may contact me at this email address. If not I would be very appreciative if you could please mail a letter of refusal to him so that he might submit it to the courts. The court date is to be scheduled sometime in the latter part of June, or early July. His address is:

AaronB Northrop #61713-080

USP Victorville

POB 5500 Adelanto, CA

92301

Respectfully yours, C Northrop

1.

Exhibit "A"

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this motion for appointment of counsel, or in the alternative, motion for a writ of habeas corpus ad testificandum, was mailed, postage pre-paid to the defendant KARL VAILLANCOURT, at 29 State Street, North Haven, Connecticut 06473, no this 8th day of August, 2005.

_AARON BEN NORTHROP_
AARON BEN NORTHROP
Reg. No: 61713-080
Victorville U.S. Penitentiary
P.O. Box 5500
Adelanto, California 92301

3