## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

```
AARON BEN NORTHRUP,          :
  Plaintiff,                 :
                             :
v.                           : Civil No. 3:01CV364(AVC)
                             :
KARL VAILLANCOURT,           :
  Defendant.                 :
```

## RULING ON THE PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL OR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

This is a diversity action for damages arising out of the defendant's alleged default on a $40,000 promissory note. Jury selection is set for October 6, 2005. An evidentiary hearing is set for October 5, 2005. The pro se plaintiff has filed the within motion(document no.109) "for appointment of counsel or in the alternative a writ of habeas corpus ad testificandum". The pro se defendant has filed a "motion to strike"(document no.110) the plaintiff's motion arguing that the court should not appoint the plaintiff counsel or issue a writ ad testificandum.

To the extent that the plaintiff's motion(document no.110) seeks appointment of counsel it is DENIED. To the extent that the motion seeks the issuance of a writ it is GRANTED. On August 26, 2005, the clerk of the court issued a writ of habeas corpus ad testificandum for the plaintiff's appearance on October 5, 2005.

The court construes the pro se defendant's motion to strike as a memorandum in opposition to the plaintiff's motion and orders the clerk to docket the motion to strike (document no.110) as a memorandum in opposition to the plaintiff's motion.

It is so ordered this 7th day of September, 2005 at Hartford, Connecticut.


_____/s/_____
Alfred V. Covello
United States District Judge