Karl Vaillancourt
Defendant, Pro Se
29 State Street
North Haven, CT 06473

FILED

2005 SEP 16 P 3 52

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Aaron Ben Northrop,  )<br>    Plaintiff,   )<br>                  )<br>                  )<br>v.                )<br>                  )<br>                  )<br>Karl Vaillancourt,  )<br>    Defendant.   ) | Case No. 3:01-CV-364 (AVC)<br><br>September 16, 2005 |

### DEFENDANT'S NOTICE REGARDING WITNESSES
### AND MOTION FOR LEAVE TO SUBSTITUTE

Now comes Karl Vaillancourt, the defendant in the instant action, and provides notice of witnesses to be called at an evidentiary hearing on October 5, 2005, and furthermore, moves this Court to permit defendant to substitute for a deceased witness.

### NOTICE OF WITNESSES

The defendant will call the following witnesses at the scheduled evidentiary hearing:

1. Timothy B. Yolen, Esq., Partner, Yolen and Perzin;

2. Mark L. Cartier, former MAGNA employee;

3. Karl W. Vaillancourt, defendant;

4. Peter S. Jongbloed, Esq., Supervisory Assistant U.S. Attorney;

5. Sergeant Thomas R. Murray, Connecticut State Police; and

6. Trooper Edward Alicea, Connecticut State Police.

Each of the foregoing witnesses will present relevant information bearing upon the location, possession and transfer of the original promissory note at issue in this case.

## MOTION FOR LEAVE TO SUBSTITUTE

Defendant Vaillancourt avers to this Court that Witness John W. Woychowski died on November 3, 2004 of a ruptured brain aneurysm at Hartford, Connecticut. Said witness was listed in defendant's trial memorandum as a witness to be called at trial. On account of John W. Woychowski's unavailability due to death, defendant moves for leave of the Court to substitute therefor one Mark L. Cartier as a witness. Cartier has previously submitted a sworn affidavit in this case and is a person who is known to plaintiff as a former employee of MAGNA. The content of Cartier's testimony at trial would be substantially similar to that described for Woychowski, as is shown in the defendant's trial memorandum.

## CONCLUSION

Wherefore, defendant Vaillancourt prays that this Court would take notice of the witnesses he intends to call at the October 5, 2005 evidentiary hearing and would further grant the defendant leave to substitute Mark L. Cartier as a witness at trial for the now deceased John W. Woychowski.

Respectfully submitted,

Karl W. Vaillancourt
Defendant, *Pro Se*
29 State Street
North Haven, CT  06473

ORAL HEARING IS NOT REQUESTED

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the within notice of witnesses and motion for leave to substitute was mailed, certified, return receipt requested and postage prepaid, to plaintiff Aaron Ben Northrop, at Reg. No. 61713-080, Victorville U.S. Penitentiary, P.O. Box 5600, Adelanto, CA 92301, on this 16th day of September, 2005.

*/s/ Karl Vaillancourt*
Karl Vaillancourt
Defendant, *Pro Se*
29 State Street
North Haven, CT 06473