UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AARON BEN NORTHROP,<br>  Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:01CV364(AVC) |
| | : | |
| KARL VAILLANCOURT,<br>  Defendant. | : | |

**ORDER TO RESCHEDULE EVIDENTIARY HEARING**

The evidentiary hearing scheduled for October 6, 2005 (document no. 101), is hereby cancelled and rescheduled for January 16, 2005, at 11:00 AM.

It is so ordered, this 21st day of September, 2005 in Hartford, Connecticut.

Alfred V. Covello, U.S.D.J.

1