UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AARON BEN NORTHROP,
  Plaintiff,

v.                                          Civil No. 3:01CV364(AVC)

KARL VAILLANCOURT,
  Defendant.

**ORDER TO RESCHEDULE JURY SELECTION**

The jury selection scheduled for October 7, 2005, is hereby cancelled and rescheduled for January 17, 2005, at 10:00 AM.

It is so ordered, this 21st day of September, 2005 in Hartford, Connecticut.

Alfred V. Covello, U.S.D.J.

1