UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AARON BEN NORTHROP,

    Plaintiff,

V.                        Case No: 3:01-CV-364(AVC)

KARL VAILLANCOURT,      September 19, 2005

    Defendant,

## MOTION IN LIMINE

Plaintiff AARON BEN NORTHROP, pro se, respectfully submits this motion in limine. In support of this motion, plaintiff represents as follows:

1. Defendant has expressed his intent to disclose the plaintiff's criminal history to the jury for the purpose of challenging the plaintiff's character.

2. Such evidence is inadmissable under the Federal Rules of Evidence, Rule 404(b).

3. Moreover, the disclosure of the plaintiff's criminal history to the jury would be prejudicial to the plaintiff's case.

4. Wherefore plaintiff requests an order from the court prohibiting the defendant from disclosing to the jury or eliciting any statements or testimony from any witnesses that would reveal the plaintiff's criminal history.

                            Respectfully submitted,

                            *AARON BEN NORTHROP*
                            AARON BEN NORTHROP

1