Karl Vaillancourt
Defendant, Pro Se
29 State Street
North Haven, CT 06473

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Aaron Ben Northrop, )<br>    Plaintiff,    )<br>)<br>)<br>v.    )<br>)<br>)<br>Karl Vaillancourt,  )<br>    Defendant.    ) | Case No. 3:01-CV-364 (AVC)<br><br>September 26, 2005 |

### DEFENDANT'S MOTION TO FURTHER POSTPONE HEARING AND TRIAL

Now comes Karl Vaillancourt, the defendant in the instant action, and moves this Court to further postpone evidentiary hearing and trial.

### BACKGROUND

On July 26, 2005 this Court scheduled jury selection for October 6, 2005. See Docket Entry No. 107. On July 27, 2005 this Court scheduled an evidentiary hearing for October 5, 2005. See Docket Entry No. 108. On September 21, 2005, this Court entered Orders canceling said hearing and trial scheduled for October 5 and 6, 2005, and rescheduled hearing and trial for January 16 and 17 of 2006. See Docket Entry No.'s 115 and 116. The defendant now moves to further postpone and reschedule said hearing and trial.

### GROUNDS FOR MOTION

The defendant is in the construction trade, primarily in tile setting and stone masonry. The defendant will be participating in rehabilitative construction efforts as a result of hurricane damage incurred in Louisiana, Texas and Florida from November of 2005 through

May of 2006. The defendant was fully prepared to go to hearing and trial in October, having caused to be issued and served six trial witness subpoenas, including payment of witness fees, and dutifully prepared his case. As the defendant will be without the district from November of 2005 through May of 2006, the defendant moves the Court to reschedule the evidentiary hearing and trial to some time in June of 2006.

## CONCLUSION

Wherefore, defendant Vaillancourt prays that this Court would reschedule hearing and trial for some time in June of 2006.

Respectfully submitted,

*Karl W. Vaillancourt*
Karl W. Vaillancourt
Defendant, *Pro Se*
29 State Street
North Haven, CT 06473

ORAL HEARING IS NOT REQUESTED

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the within motion was mailed, certified, return receipt requested and postage prepaid, to plaintiff Aaron Ben Northrop, at Reg. No. 61713-080, Victorville U.S. Penitentiary, P.O. Box 5600, Adelanto, CA 92301, on this 26th day of September, 2005.

*Karl Vaillancourt*
Karl Vaillancourt
Defendant, *Pro Se*
29 State Street
North Haven, CT 06473