UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AARON BEN NORTHROP,

    Plaintiff,　　　　　　　　Case No: 3:01-CV-364(AVC)

V.

KARL VAILLANCOURT,

    Defendant,

### PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR AN EXTENSION OF TIME

    Plaintiff AARON BEN NORTHROP, pro se, respectfully submits this objection to the defendant's motion seeking a five month extension of time.

    Defendant, in his latest motion, has requested a five month delay in the hearing and trial. As grounds for the motion, defendant contends that he has business to tend to in Louisiana, Texas and Florida from November 2005, through May of 2006. Defendant should not be permitted to cause yet another delay in the proceedings. First, defendant has offered no proof of an employment contract or job assignment that he has allegedly secured down in Louisiana, Texas or Florida, and even if the defendant were to produce such evidence, a five month delay on those grounds is unreasonable. The case has been pending for over four years, and the defendant has already cause over two years in delays due to his antics and disregard for this Court's orders. Moreover, an additional five month delay would deprive the plaintiff of his right to a just

1

and speedy trial.

## RELIEF

Wherefore plaintiff requests that the defendant's motion for an extension of time be denied.

Respectfully submitted,

*Aaron Ben Northrop*
AARON NORTHROP
Reg. No: 61713-080
Victorville U.S. Penitentiary
P.O. Box 5500
Adelanto, CA 92301

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this objection to the defendant's motion for an extension of time was mailed, postage prepaid, to the defendant Karl Vaillancourt, at 29 State Street, North Haven, Connecticut 06473, on this 4th day of October, 2005.

*Aaron Ben Northrop*
AARON NORTHROP
Reg. No: 61713-080
Victorville U.S. Penitentiary
P.O. Box 5500 Adelanto, CA 92301