Original

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AARON BEN NORTHROP,

    Plaintiff,

V.                         Case No: 3:01CV364(AVC)

KARL VAILLANCOURT,      October 18, 2005

    Defendant,

## NOTICE OF ERRATUM

Notice is hereby given that there is a typographical error in the plaintiff's motion for default judgment filed on June 16, 2003 (document no. 23).

The typographical error is located on page 3 of the second paragraph where it states: "In 1995, the plaintiff gave the defendant another 5 years to pay back the debt..." That section is hereby deleted and replaced with the following:

"In 1992, the plaintiff gave the defendant another 5 years to pay back the debt..."

Respectfully submitted,

AARON BEN NORTHROP
Reg. No: 61713-080
Victorville U.S. Penitentiary
P.O. Box 5500
Adelanto, CA 92301

1

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Notice of Erratum was mailed, postage prepaid, to the defendant Karl Vaillancourt, at 29 State Street, North Haven, Connecticut, on this 18th day of October, 2005.

*AARON BEN NORTHROP*
AARON BEN NORTHROP
Reg. No: 61713-080
Victorville U.S. Penitentiary
P.O. Box 5500
Adelanto, CA 92301