Karl Vaillancourt
Defendant, Pro Se
29 State Street
North Haven, CT 06473

FILED

2005 OCT 31 P 3: 17

IN THE UNITED STATES DISTRICT COURT

DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT HTFORD, CT.

| | | |
|---|---|---|
| Aaron Ben Northrop, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | Case No. 3:01-CV-364 (AVC) |
| | ) | |
| | ) | |
| Karl Vaillancourt, | ) | October  31 , 2005 |
| Defendant. | ) | |

### DEFENDANT'S REPLY TO AND MOTION TO STRIKE RESPONSE TO MOTION FOR POSTPONEMENT

Now comes Karl Vaillancourt, the defendant in the instant action and, pursuant to Fed. R. Civ. P. §7(d) replies to plaintiff's response and objection (Docket Entry No. 123) to defendant's motion for further postponement (Docket Entry No. 119).  Further, defendant moves to strike the plaintiff's pleading for failure to sign under Rule 11(a).

### REPLY

The defendant caused six (6) trial witness subpoenas to be served on September 20 and 21, some 14 days before the scheduled hearing, prior to discovering this Court's Orders canceling hearing and trial.  The defendant expended more than $400 in witness fees and in expenses of service.  All of this is because the defendant cannot wait for final resolution of this matter, and desperately wanted to put on his proof in October.

The defendant does not want more delay, he wants to dispense with plaintiff's frivolous claim and move on with life.  This is why defendant did not appeal the Court's issuance of a writ ad testificandum for the plaintiff's appearance when such was clearly

appealable as a collateral order. Such would have delayed trial into the Winter, and defendant very much wanted to move forward in the Fall.

Nonetheless, defendant is a subcontractor at the whim of where work exists, and where general contractors determine his presence is needed. During the Winter months, construction in Connecticut grinds to a trickle, and defendant must travel without this Court's jurisdiction to warmer climes in order to make his living. It would strain credulity to argue that Florida, Texas and Louisiana are places where construction is going to be slow, given the devastation wrought by hurricanes Katrina, Rita and Wilma.

There is no such thing as a right to a "just and speedy" civil trial. There are rights to a fair trial and a speedy trial in the criminal system, but such does not apply here.

The plaintiff's response carries a block letter representation of the plaintiff's name at the signature line, and not his customary cursive signature. The defendant respectfully suggests that the response is unsigned, as the plaintiff pro se's signature is not shown. The block letter representation at the signature line of the response could have been made by anyone, and does not comply with the requirement in the Rules of Civil Procedure that the party or their representative shall sign every pleading.

## CONCLUSION

Wherefore, defendant Vaillancourt prays that this Court would now postpone trial until June of 2006.

Respectfully submitted,

_____
Karl Vaillancourt
Defendant Pro Se
29 State Street
North Haven, CT  06473

ORAL HEARING IS NOT REQUESTED

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the within reply and motion to strike was mailed, certified, return receipt requested and postage prepaid, to plaintiff Aaron Ben Northrop, at Reg. No. 61713-080, Victorville U.S. Penitentiary, P.O. Box 5600, Adelanto, CA 92301, on this 31st day of October, 2005.

*[signature]*
Karl Vaillancourt
Defendant Pro Se
29 State Street
North Haven, CT 06473

3