Karl Vaillancourt
Defendant, Pro Se
29 State Street
North Haven, CT  06473

FILED

2005 AUG 22  A 11: 47

3:01CV364(AVC) November ___, ___, 2005. The motion is DENIED as moot.

SO ORDERED.

Alfred V. Covello, U.S.D.J.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF CONNECTICUT

Aaron Ben Northrop, )
      Plaintiff, )
       )
       )
v. )              Case No. 3:01-CV-364 (AVC)
       )
       )
Karl Vaillancourt, )            August _18_, 2005
      Defendant. )

## DEFENDANT'S MOTION TO STRIKE, OBJECTION AND MEMORANDUM REGARDING PLAINTIFF'S SECOND APPLICATION FOR REPRESENTATION OF COUNSEL AND FIRST MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Now comes Karl Vaillancourt, the defendant in the instant action and, pursuant to

Fed. R. Civ. P. 7, responds to this Court in regard to the plaintiff's second application for

representation of counsel and first motion for writ of habeas corpus ad testificandum.

## BACKGROUND

Plaintiff filed his first application for representation of counsel on November 3,

2003.  Docket Entry No. 59.

Defendant filed his response and objection to plaintiff's first application on

November 7, 2003. Docket Entry No. 60.

The Court denied, without prejudice to re-filing, the plaintiff's first application on

1