Karl Vaillancourt
Defendant, Pro Se
29 State Street
North Haven, CT  06473

FILED

2005 OCT 31  P 3: 17

IN THE UNITED STATES DISTRICT COURT
DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT HARTFORD, CT.

| | |
|---|---|
| Aaron Ben Northrop, )<br>    Plaintiff,    )<br>    )<br>    )<br>v.    )<br>    )<br>    )<br>Karl Vaillancourt,  )<br>    Defendant.   ) | <br><br><br><br>Case No. 3:01-CV-364 (AVC)<br><br><br>October  31 , 2005 |

3:01CV364(AVC) November 10, 2005. The motion to strike (document no. 128) is DENIED. SO ORDERED.

Alfred V. Covello, U.S.D.J.

### DEFENDANT'S REPLY TO AND MOTION TO STRIKE RESPONSE TO MOTION FOR POSTPONEMENT

Now comes Karl Vaillancourt, the defendant in the instant action and, pursuant to Fed. R. Civ. P. §7(d) replies to plaintiff's response and objection (Docket Entry No. 123) to defendant's motion for further postponement (Docket Entry No. 119). Further, defendant moves to strike the plaintiff's pleading for failure to sign under Rule 11(a).

### REPLY

The defendant caused six (6) trial witness subpoenas to be served on September 20 and 21, some 14 days before the scheduled hearing, prior to discovering this Court's Orders canceling hearing and trial. The defendant expended more than $400 in witness fees and in expenses of service. All of this is because the defendant cannot wait for final resolution of this matter, and desperately wanted to put on his proof in October.

The defendant does not want more delay, he wants to dispense with plaintiff's frivolous claim and move on with life. This is why defendant did not appeal the Court's issuance of a writ ad testificandum for the plaintiff's appearance when such was clearly