Karl Vaillancourt
Defendant, Pro Se
29 State Street
North Haven, CT 06473

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Aaron Ben Northrop,  )<br>Plaintiff,  )<br>)<br>)<br>v.  )<br>)<br>)<br>Karl Vaillancourt,  )<br>Defendant.  ) | <br><br><br><br>Case No. 3:01-CV-364 (AVC)<br><br><br>September 29, 2005 |

3:01CV364(AVC) November 14, 2005. The motion to strike (document no. 122) is DENIED. SO ORDERED.

Alfred V. Covello, U.S.D.J.

### DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTIONS *IN LIMINE* AND DEFENDANT'S MOTION TO STRIKE

Now comes Karl Vaillancourt, the defendant in the instant action, and responds and objects to plaintiff's motions *in limine* filed on September 23, 2005. See Docket Entry No.'s 117 and 118. Alternatively, defendant moves to strike said motions *in limine* as having not been signed by the plaintiff or his attorney in accordance with Rule 11(a).

### BACKGROUND

The plaintiff has moved *in limine* to exclude evidence related to his crimes as prejudicial, and to exclude evidence of his writing directed to attorney Timothy Yolen as subject to attorney-client privilege or confidentiality. See Docket Entry No.'s 117 and 118.

The motions carry a block letter representation of the plaintiff's name at the signature line, and not his customary cursive signature.

The Court ruled on the plaintiff's motion to strike defendant's trial memorandum on August 6, 2004. The defendant had fully disclosed in his trial memorandum more than a year ago that it was his intent to present evidence related to plaintiff's crimes. The plaintiff's