/24

Original

01cv364ntc

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

AARON BEN NORTHROP,

    Plaintiff,

V.                                       Case No: 3:01CV364(AVC)

KARL VAILLANCOURT,                       October 18, 2005

    Defendant,

## NOTICE OF ERRATUM

Notice is hereby given that there is a typographical error in the plaintiff's motion for default judgment filed on June 16, 2003 (document no. 23).

The typographical error is located on page 3 of the second paragraph where it states: "In 1995, the plaintiff gave the defendant another 5 years to pay back the debt..." That section is hereby deleted and replaced with the following:

"In 1992, the plaintiff gave the defendant another 5 years to pay back the debt..."

                                   Respectfully submitted,

                                   *AARON BEN NORTHROP*
                                   AARON BEN NORTHROP
                                   Reg. No: 61713-080
                                   Victorville U.S. Penitentiary
                                   P.O. Box 5500
                                   Adelanto, CA 92301

*[Left margin, handwritten:]* Construed as the plaintiff's motion to amend under Fed. R. Civ. P. 15(a). 3:01CV364(AVC) November 10, 2005. the motion is GRANTED. SO ORDERED. /s/ Alfred V. Covello, U.S.D.J.

1