Karl Vaillancourt
Defendant, Pro Se
29 State Street
North Haven, CT 06473

FILED

2005 OCT 31 P 3:16

U.S. DISTRICT COURT
HARTFORD, CT.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

Aaron Ben Northrop,  )
    Plaintiff,       )
                     )
                     )
v.                   )         Case No. 3:01-CV-364 (AVC)
                     )
                     )
Karl Vaillancourt,   )         October 31, 2005
    Defendant.       )

3:01CV364(AVC) November 10, 2005. The motion is DENIED. SO ORDERED.
Alfred V. Covello, U.S.D.J.

### DEFENDANT'S MOTION TO STRIKE

Now comes Karl Vaillancourt, defendant in the instant action and, moves to strike the plaintiff's *Notice of Erratum* (Docket Entry No. 124).

### GROUNDS FOR MOTION

For approximately two and one-half years the defendant has been raising the inconsistency of the plaintiff's claims as to the timing of a supposed verbal extension agreement. It would be fair to say that defendant raised the issue some twenty times in pleadings since July 15, 2003. At no time in the last two and one-half years did plaintiff ever address the inconsistency constantly raised by defendant. He never corrected the record by asserting that such was a "typo."

Suddenly, after the Court takes due notice of the inconsistency in its *Order to Show Cause* (Docket Entry No. 120), plaintiff comes forward to offer that such was merely "erratum." The plaintiff was in Atlanta Federal Penitentiary for all of 1995. The

1