UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| AARON-BEN NORTHROP | : |
| | : |
| v. | : CASE NO. 3:01CV364 (AVC) |
| | : |
| KARL VAILLANCOURT | : |

## JUDGMENT

This action having come on for consideration of the defendant's motion to dismiss before the Honorable Alfred V. Covello, United States District Judge and,

The court having considered the full record of the case including applicable principles of law, and having granted the motion in a Ruling, it is therefore

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered dismissing the action for lack of subject matter jurisdiction.

Dated at Hartford, Connecticut, this 13th day of December, 2005.

KEVIN F. ROWE, Clerk

By ___/s/_____
Fidelis Basile
Deputy Clerk

EOD _____