UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AARON BEN NORTHROP,

    Plaintiff,                    Case No: 3:01CV364(AVC)

V.

KARL VAILLANCOURT,          December 24, 2005

    Defendant,

## NOTICE OF APPEAL

Notice is hereby given that AARON BEN NORTHROP, plaintiff in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on December 14, 2005.

                                    Respectfully submitted,

                                      AARON BEN NORTHROP
                                      Reg. No: 61713-080
                                      Victorville U.S. Penitentiary
                                      P.O. Box 5500
                                      Adelanto, CA 92301

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Notice of Appeal was mailed, postage prepaid, to the defendant KARL VAILLANCOURT, at 29 State Street, North Haven, Connecticut, on this 27th day of December, 2005.

AARON BEN NORTHROP
Reg. No: 61713-080
Victorville U.S. Penitentiary
P.O. Box 5500
Adelanto, CA 92301