Karl Vaillancourt
Defendant, *Pro Se*
29 State Street
North Haven, CT 06473



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Aaron Ben Northrop, | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 3:01-CV-00364 (AVC) |
| v. | ) | |
| | ) | |
| | ) | |
| Karl Vaillancourt, | ) | February 10, 2006 |
| Defendant. | ) | |

## DEFENDANT'S REPSONSE TO MOTION TO WITHDRAW NOTICE OF APPEAL AND FOR EXTENSION

Now comes Karl Vaillancourt, defendant in the instant action, and pursuant to Fed. R. Civ. P. § 7, responds to plaintiff's motion to withdraw his notice of appeal, and for extension of time to refile his notice of appeal (Docket Entry No. 142) filed on February 6, 2006.

## RESPONSE

The defendant does not object to the plaintiff's motion to withdraw his notice of appeal filed on January 3, 2006 (Docket Entry No. 139), nor does defendant object to plaintiff's request for an extension of time to refile his notice of appeal.

Respectfully submitted,

*[signature]*
Karl Vaillancourt
Defendant, *Pro Se*
29 State Street
North Haven, CT 06473

**ORAL HEARING IS NOT REQUESTED**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the within Response was mailed, certified, return receipt requested and postage pre-paid, to plaintiff Aaron Ben Northrop, Reg. No. 61713-080, Victorville U.S. Penitentiary, P.O. Box 5600, Adelanto, CA 92301 on this 10th day of February, 2006.

*[signature]*
Karl Vaillancourt
Defendant, *Pro Se*
29 State Street
North Haven, CT 06473