*3:01CV364(AVC) February 15, 2006. The motion is GRANTED. The plaintiff's notice of appeal (document no. 139) is hereby withdrawn. The plaintiff shall have to and including February 27, 2006, to file a new notice of appeal. Fed. R. App. Pro. 4(a)(5)(C). SO ORDERED.*

*Alfred V. Covello*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 FEB -6 A 11: 21

AARON BEN NORTHROP,

    Plaintiff,

v.

KARL VAILLANCOURT,

    Defendant,

Case No: 3:01CV364(AVC)

January 12, 2006

## MOTION TO WITHDRAW NOTICE OF APPEAL AND MOTION FOR AN EXTENSION OF TIME TO FILE A NEW NOTICE OF APPEAL

Plaintiff AARON BEN NORTHROP, respectfully requests that this court allow the plaintiff to withdraw his notice of appeal and grant the plaintiff an extension of time to file a new notice of appeal. And as good grounds would show:

Plaintiff did not receive the court's ruling dismissing the case until January 11, 2006. Plaintiff would like an opportunity to file a motion for reconsideration before filing a notice of appeal. Wherefore the plaintiff requests that the court review the plaintiff's motion for reconsideration and allow the plaintiff to file a new notice of appeal after the court makes its ruling.

Respectfully submitted,

AARON BEN NORTHROP
Reg. No: 61713-080
Victorville U.S. Penitentiary
P.O. Box 5500
Adelanto, CA 92301

1