UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AARON BEN NORTHROP,

    Plaintiff,

V.                                Case No: 3:01-CV-364(AVC)

KARL VAILLANCOURT,

    Defendant,

## MOTION TO TRANSFER ACTION TO APPROPRIATE STATE COURT

Plaintiff AARON BEN NORTHROP, respectfully requests that this court transfer the action to the appropriate state court. And as good grounds would show:

1. This court has determined that the district court is without subject matter jurisdiction to entertain the action because the amount in controversy does not exceed $75,000.00. Therefore, the action should have been brought in state court. According to 28 U.S.C. § 1631, this court has the authority and the duty to transfer the action to the court that has jurisdiction. Title 28 U.S.C. § 1632 provides:

> "Whenever a civil action is filed in a court as defined in section 610 of this title or an appeal, including a petition for review of administrative action, is noticed for or filed with such a court and that court finds that there is want of jurisdiction, the court shall, if it is in the interest of justice, transfer such action or appeal to any other such court in which the action or appeal could have been brought at the time it was filed or noticed, and the action or appeal shall proceed as

1

if it had been filed in or noticed for the court to which it is transferred on the date, upon which it was actually filed in or noticed for the court from which it is transferred."

2. Plaintiff is requesting that the court, in the interest of justice, transfer the action to the appropriate state court, so that the plaintiff can prosecute his claim and not be prejudiced by the delay in bringing the action.

Respectfully submitted,

*Aaron Ben Northrop*
AARON BEN NORTHROP
Reg. No: 61713-080
Victorville U.S. Penitentiary
P.O. Box 5500
Adelanto, CA 92301

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this motion to tranfer the action was mailed, postage prepaid, to the defendant, KARL VAILLANCOURT, at 29 State Street, North Haven, Connecticut 06473, on this 24th day of February, 2006.

*Aaron Ben Northrop*
AARON NORTHROP
Reg. No: 61713-080
Victorville U.S. Penitentiary
P.O. Box 5500
Adelanto, CA 92301