UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AARON BEN NORTHROP,
  Plaintiff,

v.                                       Civil No. 3:01CV364(AVC)

KARL VAILLANCOURT,
  Defendant.

**ORDER DENYING PLAINTIFF'S MOTION TO TRANSFER**

On December 12, 2005, the court granted the defendant's motion to dismiss for lack of subject matter jurisdiction. The plaintiff has now filed the within motion to transfer the action to a state court.

Federal courts only have the authority to transfer cases to other federal courts and the court may therefore not transfer this action to a state court. Moravian Sch. Advisory Bd. v. Rawlins, 70 F.3d 270, 274 (3d Cir. 1995); Hatheril v. Michael, 1993 U.S. Dist. LEXIS 13438 (S.D.N.Y. 1993). See also, Fed. R. Civ. Pro. 12(h)(3)("Whenever it appears by suggestion of the parties or otherwise that the court lacks jurisdiction of the subject matter, the court shall dismiss the action.")(emphasis added). The motion is therefore DENIED.

It is so ordered, this 28th day of March, 2006 in Hartford, Connecticut.

                                              Alfred V. Covello, U.S.D.J.

1