141

Karl Vaillancourt
Defendant, *Pro Se*
29 State Street
North Haven, CT 06473

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Aaron Ben Northrop, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:01-CV-364 (AVC) |
| | ) | |
| Karl Vaillancourt, | ) | January 12, 2006 |
| Defendant. | ) | |

**MOTION TO DENY PLAINTIFF *IN FORMA PAUPERIS*
STATUS ON APPEAL**

Now comes Karl Vaillancourt, defendant in the instant action, and pursuant to Fed. R. Civ. P. § 7, moves this Court to deny plaintiff *in forma pauperis* status on appeal pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and to certify that plaintiff's appeal of this Court's *Ruling* and *Judgment* is not taken in good faith pursuant to 28 U.S.C. § 1915(a)(3), because it is, "jurisdictionally speaking," plainly frivolous and factually baseless as a matter of law. Further, defendant suggests that 28 U.S.C. § 1915(g) is

---

3:01CV364(AVC) May 6, 2006. On January 3, 2006, the plaintiff, Aaron Ben Northrop, filed a notice of appeal. On February 6, 2006, Northrop filed a motion to withdraw his notice of appeal. On February 15, 2006, the court granted the motion and gave Northrop to and including February 27, 2006, to file a new notice of appeal. As a new notice of appeal has not been filed, the within motion to deny the plaintiff in forma pauperis status on appeal is DENIED as moot.
SO ORDERED.

Alfred V. Covello, U.S.D.J.